JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 391 -- In re Air Crash Disaster Near Chicago, Illinois, on May 25, 1979

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 5/31/79 | 1 | MOTION TO TRANSFER, BRIEF, SCHEDULE OF CASES, CERT. OF SVC. -- American Airlines, Inc. -- DECLARATION OF GREGORY A. LONG FOR MCDONNELL DOUGLAS CORP. JOINING IN MOTION TO TRANSFER. SUGGESTED TRANSFEREE DISTRICT: N. D. Illinois SUGGESTED TRANSFEREE JUDGE:                                     (ea) |
| 6/11/79 | 2 | TELEGRAM -- General Electric Co. re: Hearing (rew) |
| 6/11/79 | 3 | TELEGRAM -- American Airlines re: Hearing (rew) |
| 6/11/79 | 4 | TELEGRAM -- McDonnell Douglas Corp. re: Hearing (rew) |
| 6/11/79 | 5 | TELEGRAM -- Rexnord, Inc. and Rockford Aerospace Products, Inc. re Hearing (rew) |
| 6/11/79 | 6 | JOINDER IN MOTION -- McDonnell Douglas Corporation -- w/cert. of service      (emh) |
| 6/12/79 | 7 | TELEGRAM -- Plaintiffs Kahl, N.Ill., (79C2307) and Lang, etc., N.Ill., (79C2381) -- Joinder in Motion (Pleading No. 1)   rew |
| 6/12/79 | 8 | TELEGRAM -- McDonnell Douglas Corp. -- Notification of additional action (Lang, N.Ill.) (rew) |
| 6/12/79 | 9 | TELEGRAM -- Plaintiff Spicuzza, N.Ill., 79C2310 -- Potential Plaintiff -- Position Statement (rew)   LaSalle Natl. Bank. |
| ~~6/12/79~~ | ~~10~~ | ~~TELEGRAM -- McDonnell Douglas Corp.~~ |
| 6/12/79 | 10 | LETTER --McDonnell Douglas Corp. -- Signed by J.M. FitzSimons dated 6/11/79 w/list of actions re: American Airlines:  1) Kamhi, N.Ill., 79C2272; LaSalle National Bank, N.Ill., 79C2311; Bellavia, N. Ill., 79C2333; Milner, State Court Action; Spicuzza, N.Ill., 79C2310; Plesa, N. Ill., 79C2277; Kusek, N. Ill., 79C2308; Valladares, N. Ill., 79C2309; Gemme, N.Ill., 79C2182; Kahl, N. Ill., 79C2307; Kahl, N. Ill., 79C2175 (A-1); Stogel, C.Cal., 79-1960 (A-2); Shatkin, N.Y. State Action; Shatkin, Illinois State Action (NO SERVICE) (rew) |
| 6/12/79 | 11 | TELEGRAM -- Plesa, N.Ill., Potential Plaintiff Position Statement (rew) |
| 6/12/79 | 12 | TELEGRAM -- Valladares, N.Ill., Potential Plaintiff Position Statement  (rew) |
| 6/12/79 | 13 | TELEGRAM -- Milner, N.Ill., Potential Plaintiff Position Statement (rew) |
| 6/12/79 | 14 | TELEGRAM -- Kusek, N.Ill., Potential Plaintiff Position Statement (rew) |
| 6/12/79 |  | HEARING ORDER -- Setting A-1, and A-2 for hearing on June 22, 1979 in Boston, Massachusetts.  Interested Parties are to submit papers to the Panel no later June 19, 1979.    (Notified Involved Counsel, and involved clerks and judges)  (rew) |

JPML FORM 1A - Continuation          DOCKET ENTRIES -- p. 2

DOCKET NO. 391 --

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 6/12/79 | | APPEARANCES -- Lee S. Kreindler for Myrna Stogel; Gregory A. Long for American Airlines, Inc; Philip H. Corboy for Inge Maria Kahl; Michael J. Merlo for General Electric Corp.; R. Barry Churton local counsel for American Airlines, Inc.; James M. FitzSimons for McDonnell Douglas Corp.   (emh) |
| ~~6/12/79~~ | ~~15~~ | ~~RESPONSE/BRIEF -- Plaintiff Kamhi -- w/Appendix A and w/cert. of service    (emh)~~ |
| 6/12/79 | 15 | MOTION/BRIEF -- Plaintiff Kamhi to include B-3 -- w/Appendix A and cert. of svc.   (emh) |
| 6/13/79 | 16 | MOTION/MEMORANDUM -- Plaintiff Kahmi to include B-3 & B-4 (no svc.)        (emh) |
| 6/13/79 | | AFFIDAVIT OF SERVICE (Pleading No. 6) --McDonnell Douglas Corp.   (emh) |
| 6/13/79 | 17 | TELEGRAM -- Lora Lux Widow -- Joinder in Motion (emh) |
| 6/13/79 | 18 | LETTER -- Leila B. Gemme -- Notification of (Pltf. Joining Mot.#1) an additional action (79 C 2182)    (emh) |
| 6/13/79 | 19 | AMENDED MOTION/BRIEF -- Plaintiff Kamhi to include B-2 -- w/Appendix A and cert. of svc.   (emh) |
| 6/14/79 | 20 | RESPONSE/BRIEF -- Plaintiff Kahl, et al. to include B-6 through B-10 -- w/Appendix A and cert. of svc. (emh) |
| 6/14/79 | 21 | RESPONSE IN OPPOSITION TO TRANSFER -- Pltf. Stogel & Lin -- w/cert. of service   (emh) |
| 6/14/79 | | APPEARANCE -- Stuart M. Speiser for Diane Irene Kamhi and Andrew Bellavia, et al.; Philip H. Corboy for Roy S. Lang, Robert F. Lotz, Thomas S. Ziemba, State National Bank     (emh) |
| 6/14/79 | 22 | LETTER -- McDonnell-Douglas Corp. dated 6/12/79 signed by James M. FitzSimons listing two additional actions.  Vaughan v. American Airlines, C.D.Cal., 2123 and Lang v. McDonnell Douglas Corp., et al., N.Ill., 79C2381 w/cert of svc.    (rew) |
| 6/15/79 | 23 | MOTION TO TRANSFER TO N.D.ILL., B-11 Spicuzza and B-12 LaSalle National Bank, adopting Kamhi Memo. (rew) |
| 6/18/79 | | WAIVERS OF ORAL ARGUMENT for hearing held 6/22/79 in Boston Mass. -- Rexnord, Inc., Rockford Aerospace Products,Inc., and Jewel Valladares. (ea) |

JPML FORM 1A

*3*

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>391</u> -- <u>In re Air Crash Disaster Near Chicago, Illinois, on</u>
           May 25, 1979

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 6/18/79 | 24 | MOTION/BRIEF -- General Electric Corp. -- w/cert. of service.    (emh) |
| 6/18/79 | 25 | RESPONSE/BRIEF -- Rexnord, Inc. and Rockford Aerospace Products, Inc. -- w/cert. of svc.    (emh) |
| 6/18/79 |  | APPEARANCES -- Wallace E. Maloney for Rexnord, Inc. and Rockford Aerospace Products, Inc.; Richard S. Fleisher for Merikay Spicuzza and LaSalle National Bank; Michael J. Merlo for General Electric Corporation   (emh) |
| 6/18/79 | 26 | RESPONSE -- Marvin Milner -- w/cert. of svc. (emh) |
| 6/19/79 | 27 | MOTION TO CONTINUE HEARING SET FOR JUNE 22, 1979; and for transfer of actions arising out of the May 25, 1979 air disaster at Chicago, Ill. to the C.D. California Plaintiff NORDHAUS -- No Service, No Schedule (rew) |
| 6/19/79 | 28 | TELEGRAM -- Notification of Additional Actions -- B-15 Thomas Sheridan, etc., B-16 Syed Haider, etc., B-17 Kenneth Huth and B-18 Kenneth Huth No Service -- (rew) |
| 6/19/79 | 29 | DECLARATION OF AMERICAN AIRLINES, INC. -- BY GREGORY A. LONG, ESQ. -- w/cert. of svc.    (emh) |
| 6/19/79 |  | SIGNED MOTION REGARDING PLEADING NO. 23   (Attached to 23) (rew) |
| 6/19/79 | 30 | AMENDED JOINDER IN MOTION  -- MCDONNELL DOUGLAS CORP. w/list of additional actions in which McDonnell Douglas is named ~~Service~~ Service Indicated) (rew) |
| 6/19/79 | 31 | TELEGRAM -- ~~WDX~~ MCDONNELL DOUGLAS CORP.  Information Telegram to counsel inviting those who w seek transfer to N.D. Ill to pre-hearing meeting in Boston w/service     (rew) |
| 6/20/79 | 32 | RESPONSE IN OPPOSITION TO TRANSFER TO N.D. ILLINOIS -- Pltf. Lin -- w/cert. of svc.  (emh) |
| 6/20/79 |  | APPEARANCE -- Mark A. Sonkin for Shutau H. Lin   (emh) |
| 6/20/79 | 33 | TELEGRAM -- Notification of additional action (B-29) Sheffield, et al. v. McDonnell Douglas Corp.,etal.,C.D. Calif., C.A. No. 79-022991-MML w/cert. of svc. (ea) |
| 6/21/79 | 34 | TELEGRAM -- American Airlines, Inc. Notification of Additional Action (B-13) Nordhouse, C.D. Calif., C.A. No. 79-2112  (rew) |

JPML FORM lA - Continuation                    DOCKET ENTRIES -- p. 4

DOCKET NO. 391 -- In re Air Crash Disaster Near Chicago, Illinois on May 25, 1979

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 6/21/79 | 35 | RESPONSE -- Pltf. Joan Kusek -- w/cert. of svc.  (emh) |
| 6/21/79 | | APPEARANCES -- Gerald C. Sterns for George W. Nordhaus and James C. Kellogg for Jewel Valladares    (emh) |
| 6/22/79 | | HEARING APPEARANCES:  Robert Alpert, Esq. for Am. Airlines; James FitzSimmons, Esq. for McDonnell Douglas; Michael J. Merlo, Esq. for General Electric Corp.; John Kennelly, Esq. for Magner; Philip Corboy, Esq. for Kahl, etc.; John Bernard Cashion, Esq. for Gemme; Gerald C. Sterns, Esq. for Nordhaus; Lee Kreindler, Esq. for Stogel and Lin; F. Lee Bailey, Esq. for Shatkin, etc.; Richard S. Fleisher, Esq. for Spicuzza, and LaSalle National Bank    (cds) |
| 6/21/79 | | AMENDMENT TO CERT. OF SVC. -- Nordhaus -- (Pleading No. 27)  (emh) |
| 6/25/79 | | APPEARANCE -- Wallace E. Maloney for Rexnord Inc. and Rockford Aerospace Products, Inc.   (emh) |
| 6/29/79 | | APPEARANCE -- Richard P. Carroll, Esq. for Rita Swift ~~Kennealy~~ Elsener and Kenneally for Barbara Craig |
| 8/13/79 | | CONSENT OF TRANSFEREE DISTRICT -- assigning Judges Hubert L. Will and Edwin A. Robson to handle litigation for coordinated or consolidated pretrial proceedings under 28 U.S.C §1407. (ea) |
| 8/13/79 | | OPINION AND ORDER -- transferring A-1, ~~B-12~~ *B-13, B-19 & B-30* to the N.D. Illinois for coordinated or consolidated pretrial proceedings under Judge Hubert L. Will pursuant to 28 U.S.C. §1407. (ea) *& Edwin A. Robson* |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. 5

DOCKET NO. 391 -- IN RE AIR CRASH DISASTER NEAR CHICAGO, ILL. ON MAY 25, 1979

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 8/15/79 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-44 thru C-68 listed below.  Notified involved counsel and judges. (ea) |

| | | | | |
|---|---|---|---|---|
| | C-44 | Nancy S. Dick, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2424-WMB |
| | C-45 | Mirtala Bentov v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2425-WMB |
| | C-46 | Santiago Perez-Benabe, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2468-WMB |
| | C-47 | Marc Laurens Schots, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2746-WMB |
| | C-48 | Abdul Aziz Al Swailem, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2860-WMB |
| | C-49 | Grete L. Russell, et al., etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2099-WMB |
| | C-50 | Sharon T. Vaughan, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2123-WMB |
| | C-51 | Rita P. Swift, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2166-WMB |
| | C-52 | Connie G. DiCredico, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2189-WMB |
| | C-53 | June Stone, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2365-WMB |
| | C-54 | Gary R. Ohm, etc v. McDonnell Douglas Corp | C.D.Cal Byrne | CV79-2393-WMB |
| | C-55 | Valentino Falcone, Jr., et al. v. American Airlines, Inc., et al. | C.D.Cal Byrne | CV79-2464-WMB |
| C-58 | C-56 | Willie Tims, et al. v. McDonnell Douglas Corp., et al. | C.D. Cal Byrne | CV79-2565-WMB |
| C-59 | C-57 | Cheryl L. Begley v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2585-WMB |
| C-60 | | McDonnell Douglas Corp., et al. | Byrne | |
| | C-61 | Gregory A. Riddle, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2637-WMB |
| | C-62 | Carolyn Walker, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2701-WMB |
| | C-63 | George Edward Barich Jr. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2755-WMB |
| | C-64 | James Richard Tramell, et al. v. American Airlines, et al. | E.D.Cal. Wilkins | 79-503 |
| | C-65 | Jane Shatkin, etc. v. McDonnell Douglas Corp., et al. | N.Y.,S. Pollack | 79 Civ 3436 |
| | C-66 | Margaret B. Sharpe, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2846-WMB |
| | C-67 | Bruce R. Entner, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2870-WMB |
| | C-68 | Robert M. Atkinson, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2904-WMB |

JPML FORM 1A

6

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 391 -- In re Air Crash Disaster Near Chicago, Illinois, on May 25, 1979

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 8/27/79 | | APPEARANCE:  ROBERT N. STONE, ESQ. FOR Eleanore A. Sheffield, et al.  (cds) |
| 8/27/79 | 36 | NOTICE OF OPPOSITION (C-56) Willie Tims, et al v. McDonnell Douglas Corp., et al., C.D.Cal., C.A. No. CV79-2565-WMB -- Plaintiff Tims (cds) |
| 8/27/79 | 37 | NOTICE OF OPPOSITION (C-63) Barich v. McDonnell Douglas Corp. et al., C.D.Cal., CV79-2755-WMB -- Plaintiff Barich (cs) |
| 8/27/79 | 38 | NOTICE OF OPPOSITION (C-67) Entner v. McDonnell Douglas Corp, C.D.Cal., CV79-2870 -- Plaintiff Entner  (cds) |
| 8/29/79 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-76 Goldsmith, et al. v. American Airlines, et al., C.D. Calif., C.A. No. 79-2756-LTL (Px) C-77 Turner, etc. v. Douglas Aircraft Co., et al., C.D. Calif., C.A. No. 79-2871-WMB NOTIFIED INVOLVED COUNSEL AND JUDGES       (emh) |
| 8/31/79 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- 21 actions listed below -- Notified involved judges and clerks (cds) |

| | | | | |
|--|--|--|--|--|
| | C-44 | Nancy S. Dick, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2424-WMB |
| | C-45 | Mirtala Bentov v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2425-WMB |
| | C-46 | Santiago Perez-Benabe, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2468-WMB |
| | C-47 | Marc Laurens Schots, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2746-WMB |
| | C-48 | Abdul Aziz Al Swailem, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2860-WMB |
| | C-49 | Grete L. Russell, et al., etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2099-WMB |
| C-59 | C-50 | Sharon T. Vaughan, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2123-WMB |
| C-60 | C-51 | Rita P. Swift, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2166-WMB |
| C-61 | C-52 | Connie G. DiCredico, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2189-WMB |
| C-62 | C-53 | June Stone, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2365-WMB |
| C-64 | C-55 | Valentino Falcone, Jr., et al. v. American Airlines, Inc., et al. | C.D.Cal Byrne | CV79-2464-WMB |
| C-65 | C-57 | Cheryl L. Begley v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2585-WMB |
| C-66 | C-58 | Elenore Ann Sheffield, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2291-WMB |
| C-68 | | Robert N. Atkinson, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Byrne | CV79-2904-WMB |

Case MDL No. 391   Document 1   Filed 05/19/15   Page 7 of 60

JPML FORM 1A - Continuation                DOCKET ENTRIES -- p. 7

DOCKET NO. 391 -- In re Air Crash Disaster Near Chicago, Illinois, on May 25, 1979

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 9/4/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-54 Gary R. Ohm v. McDonnell Douglas -- Notified involved judges & clerks(cs |
| 9/10/79 | 39 | MOTION, BRIEF TO VACATE CTO (C-63) Barich -- Defendants w/cert. of service (rew) |
| 9/11/79 | 40 | MOTION, BRIEF TO VACATE CTO (C-67) (Defendants) XXXXXXXXXXXXXXXXXXX w/cert. of service. (rew) |
| 9/12/79 | 41 | NOTICE OF OPPOSITION (C-77) Turner, etc. v. Douglas Aircraft, et al., C.D. Calif., C.A. No. 79-2871-WMB -- Pltf. Nancy Turner (emh) |
| 9/14/79 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-81 Dittmer, etc. v. McDonnell Douglas Corp., et al., C.D. Calif., C.A. No. CV79-3176-MRP C-82 Hawkins, etc., et al. v. McDonnell Douglas Corp., et al., C.D. Calif., C.A.No. CV79-3198-MML C-83 Rothfusz, et al. v. McDonnell Douglas Corp., et al., C.D. Calif., C.A. No. CV79-3338-RMT C-84 Gonzalez v. American Airlines, et al., C.D. Calif., C.A. No. CV79-33354-WPG C-85 Diane Merrick v. McDonnell Douglas Corp., et al., C.D. Calif., C.A. No. CV79-3355-F C-86 Frederick D. Stacks, etc. v. McDonnell Douglas Corp., et al., E.D. Mich., C.A. No. 973007 NOTIFIED INVOLVED COUNSEL AND JUDGES (emh) |
| 9/14/79 | 42 | NOTIFICATION OF (C-56) Willie Tims, et al. that action is being remanded to state court (emh) |
| 9//14/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-76 Catherine Gayle Goldsmith, et al. v. American Airlines et al., C.D. Calif., C.A. No. 79-2756-LTL (Px) (emh) |
| 9/18/79 | 43 | LETTER Re: C-77 -- Pltf. Nancy Turner (emh) |
| 9/21/79 | 44 | NOTICE OF OPPOSITION -- C-85 Merrick v. McDonnell Douglas, C.D. Calif., C.A. No. CV 79-3355 -- Diane Merrick (emh) |
| 9/24/79 | 45 | MOTION TO VACATE CTO -- C-77 Turner, etc. v. Douglas Aircraft Co., et al., C.D.Cal.,C.A.No. 79-2871-WMB -- Pltfs. Turner w/cert. of svc. (ea) |

JPML FORM lA

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 391 -- In re Air Crash Disaster Near Chicago, Illinois, on May 25, 1979

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 10/2/79 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-81 Dittmer, etc. v. McDonnell Douglas Corp., etal.,C.D.Cal.,CV79-3176-MRP; C-82 Hawkins, etc., etal. v. McDonnell Douglas Corp., et al C.D.Cal., C.A.No. CV79-3198-MML; C-83 Rothfusz, et al. v. McDonnell Douglas Corp., et al., C.D.Cal.,C.A.No.CV79-3338-RMT; C-84 Gonzalez v. American Airlines, etal., C.D.Cal., C.A.No. CV79-3354-WPG; C-86 Stacks, etc. v. McDonnell Douglas Corp., etal., E.D.Mich., C.A.No. 973007 -- Notified involved clerks and judges. (ea) |
| 10/5/79 | | ORDER by Judge Wm. Matthew Byrne, Jr., C.D.Cal. remanding the following cases to state court -- C-56 Tims, etal. v. McDonnell Douglas Corp., etal.,C.D.Cal.,C.A.No.CV79-2570WMB C-63 Barich, Jr. v. McDonnell Douglas Corp.,etal.,C.D.Cal., C.A.No. CV79-2755-WMB; C-67 Entner, etal. v. McDonnell Douglas Corp., etal.,C.D.Cal.,C.A.No.CV79-2870-WMB; C-77 Turner, etc. v. Douglas Aircraft Co., etal.,C.D.Cal., C.A. No. 79-2871-WMB. (ea) |
| 10/5/79 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-56, C-63, C-67 and C-77 listed above.  Notified involved counsel, clerks and judges. (ea) |
| 10/9/79 | 46 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- C-85 Merrick v. McDonnell Douglas Corp., et al., C.D. Cal., C.A. No. CV79-3355-F, w/cert. of svc. ~~###~~ -- Pltf. Merrick. (ea) |
| 10/22/79 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-90 through C-93 listed below -- Notified involved judges and counsel(cs) |

| | | | |
|------|----------------------------------------------|----------------|------------------|
| C-90 | Sandra Kay Simmons v. McDonnell Douglas Corporation, et al. | C.D.Cal. Kelleher | 79-3797-RJK(Kx) |
| C-91 | Patricia L. Rogers, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal. Waters | 79-3702-LEW(Mx) |
| C-92 | Nioma R. Frasco, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal. Takasugi | 79-3703-RMT(Sx) |
| C-93 | Lore Eloise Stone, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal. Waters | 79-3050-LEW(Gx) |

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 10/5/79 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-87 Higginbotham, et al. v. McDonnell Douglas Corp., et al.~~# C-88 Muller, etal. v. American Airlines, Inc., etal., C.D.Cal., C.A. No.~~ C. D. Cal., C.A.No. CV79-3545-WMB; C-88 Muller, etal. v. American Airlines, Inc., etal., C.D.Cal., C.A. No. CV79-3576-WMB; C-89 Lyon, etal. v. McDonnell Douglas Corp., S.D.N.Y., C.A.No. 79-Civ-3522 -- Notified involved counsel and judges. (ea) |
| 10/23/79 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-87, C-88 and C-89 listed above. Notified involved clerks and judges. (ea) |
| 10/29/79 | 47 | NOTICE OF OPPOSITION -- C-93 Stone v. McDonnell Douglas, etal., C.D.Cal.,C.A.No. 79-3050-WMB -- Pltf. Stone. (ea) |

JPML FORM 1A

p. 9

### DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 391 -- In re Air Crash Disaster Near Chicago, Illinois, on May 25, 1979

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 79/11/02 | | HEARING ORDER -- Setting C-85 for November 28, 1979 hearing in the S.D. California  (cds) |
| 79/11/07 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (C-90 through C-92) C-90 Simmons v. McDonnell, et al., C.D.Ca., C.A.No. 79-3797 C-91 Rogers, et al. v. McDonnell, et al., C.D.Ca., 79-3702 C-92 Frasco, et al. v. McDonnell, et al., C.D.Ca., 79-3703 -- Notified involved judges and clerks  (cds) |
| 79/11/13 | 48 | MOTION TO VACATE CTO (C-93) -- Plaintiff Lore Stone, et al. -- w/cert. of serv.  (cds) |
| 79/11/21 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-101 Jimenez, etal. v. American Airlines, Inc.,etal.,D.P.R.,C.A.No. 79-2277; C-102 Malacynski, etc.,etal.v. McDonnell Douglas Corp., etal., S.D.N.Y., C.A.No. 79-Civ.5506. Notified involved counsel and judges. (ea) |
| 79/11/26 | 49 | NOTICE OF REMAND -- Plaintiff Lore Eloise Stone, et al. -- w/copy of Judge Byrne's order and cert. of serv. (cs) |
| 79/11/26 | | ORDER VACATING CTO -- (C-93) Stone, et al. v. McDonnell Douglas, Corp., et al., C.D.Calif., 79-3050-LEW(Gx) -- Notified involved judges, clerks & counsel  (cds) |
| 79/11/27 | | HEARING APPEARANCES:  MOSES LEBOVITS, ESQ. for Diane Merrick; RICHARD SHUGRUE, ESQ. for McDonnell Douglas;  GREGORY LONG, ESQ. for American Airlines, Inc.  (cds) |
| 79/11/27 | | WAIVER OF ORAL ARGUMENT:  GENERAL DYNAMICS CORP.  (cds) |
| 79/11/30 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-103 Edith Goldensohn, et al. v. Am. Airlines, Inc., C.D. Calif., C.A. No. 79-04284 AAH(Px)  -- Notified counsel and judges  (cds) |
| 79/11/28 | 50 | FILED IN OPEN COURT:  RESPONSE (C-85) -- Americ. Airlines, Inc., -- w/cert. of service      (emh) |
| 79/12/07 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-101 Pedro Rios Jimenez, et al. v. Americ. Airlines, Inc. et al., D. P.R., C.A. No. 79-2277 ⟨⟨⟨ ⟩⟩ 79 ⟩⟩ C-102 Joseph P. Malcynski, etc., et al. v. McDonnell Douglas Corp., et al., S.D.N.Y., C.A.No. 79 Civ 5506 NOTIFIED CLERKS AND JUDGES      (emh) |
| 79/12/11 | | ORDER -- Continuing Stay on C-101 Pedro Rios Jimenez, et al. because of Service, Notified counsel, involved clerks and judges              (rew) |
| 79/12/12 | | ORDER -- C-86 Merrick -- Deferring Panel Decision until 1/12/80 Notified Involved Counsel and Involved Judges  (rew) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. *10*

DOCKET NO. *391* --    In re Air Crash Disaster Near Chicago, Ill. on 5/25/79

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 79/12/18 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-103 Goldensohn, et al. v. American Airlines, Inc., et al., C.D. Calif., C.A.No. 79-04284 AAH  NOTIFIED CLERKS AND JUDGES    (emh) |
| 79/12/26 | 51 | MOTION/MEMORANDUM TO VACATE CTO -- C-101 Pedro Rios Jimenez et al. v. American Airlines, et al., D. Puerto Rico, C.A. No. 79-2277 -- w/cert. of svc.  (emh)  filed by pltf. Pedro Jimenez, et al. |
| 79/12/27 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (C-106 thru C-112) NOTIFIED COUNSEL AND JUDGES  (emh) |

|  |  |  |  |
|------|---------------------|---------|---------|
| C-106 | Donna Conner v. McDonnell Douglas Corp., et al. | C.D.Cal Lucas | 79-4559-MML |
| C-107 | Dorothy A. Bryson, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Kelleher | 79-4686-RLK |
| C-108 | Marques Manning, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal. Waters | 79-4633-LEW |
| C-109 | Michael David Simmons, et al., etc. v. American Airlines, et al. | C.D.Cal Hill | 79-4417-IH |
| ~~C-110~~ | ~~Mrs. Abi Karsa, et al. v. McDonnell Douglas Corp.~~ | ~~C.D.Cal.~~ ~~Byrne~~ | ~~79-4398-MMP~~ |
| C-111 | Avon Bean v. American Airlines, Inc., et al. | D. Haw. King | 79-0539 |
| C-112 | Karen E. Platt, etc. v. McDonnell Douglas Corp., et al. | E.D.Mich Feikens | 974433 |

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 80/01/08 | | ORDER VACATING CTO -- C-110 Karsa, et al. v. McDonnell Douglas Corp., et al., E.D.Mich.,C.A.No. 974433.  Notified involved counsel. (ea) |
| 80/01/02 | | CERT.OF SVC. FOR PLEADING NO. 51 -- Pltf. Jimenez. (ea) |

Case MDL No. 391   Document 1   Filed 05/19/15   Page 11 of 60

//

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 391 -- __p. 11__

| Date | Ref. | Pleading Description | | |
|------|------|----------------------|--|--|
| 80/01/14 | | CONDITIONAL TRANSFER ORDERS FINAL(C-106,107,108,109,111&112 | | |
| | C-106 | Donna Conner v. McDonnell Douglas Corp., et al. | C.D.Cal Lucas | 79-4559-MML |
| | C-107 | Dorothy A. Bryson, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Kelleher | 79-4686-RLK |
| | C-108 | Marques Manning, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Waters | 79-4633-LEW |
| | C-109 | Michael David Simmons, et al., etc. v. American Airlines, et al. | C.D.Cal Hill | 79-4417-IH |
| | C-111 | Avon Bean v. American Airlines, Inc., et al. | D. Haw. King | 79-0539 |
| | C-112 | Karen E. Platt, etc. v. McDonnell Douglas Corp., et al. | E.D.Mich Feikens | 974433 |
| | | Notified involved judges and clerks                              (rew) | | |
| 80/01/ | | Pltfs. Merrick Order from Central California remanding (C-85) Diane Merrick v. McDonnell Douglas Corp., C.D. California, C.A. No. 79-3355-WMB to State Court   (emh) | | |
| 80/01/28 | | CERT. OF SERVICE (Pleading No. 52) -- Pltf. Flores  (emh) | | |
| 80/01/28 | 53 | REPLY, CERT. OF SVC. -- Jimenez, et al. (ea) McDonnell Douglas DA. | | |
| 80/02/04 | | ORDER GRANTING MOTION TO VACATE CTO -- C-85 Merrick v. McDonnell Douglas Corp., et al., C.D.Cal.,C.A.No. 79-3355-WMB -- Notified involved parties.                    )ea) | | |
| 80/02/11 | | HEARING ORDER -- Opposition to transfer of (C-101) Pedro Rios Jimenez, et al. v. Am. Airlines, et al., D. P.R., C.A. No. 79-2277 -- Set for February 28, 1980 hearing in Washington, D. C. (cds) | | |
| 80/02/19 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-113 Bohanan, et al. v. Am. Airlines, et al., C.D.Cal., 80-00066; C-114 Glass, et al. v. Am. Airlines, et al., C.D.Cal., 80-0168-MML; C-115 Braine, et al. v. Am. Airlines, et al., C.D.Cal., 80-0167-WMB; C-116 Vetor, etc. v. McDonnell Douglas Corp., et al., E.D.Mich., 8070079; C-117 Lin, etc. v. McDonnell Douglas, et al.; S.D.N.Y. 80 Civ 0176 -- Notified involved counsel and judges (cds) | | |
| 80/02/80 | | WAIVER FOR HEARING 2/28/80 WASHINGTON, D.C. McDonnell Douglas Corp. by Garrett J. Fitzpatrick, Esq | | |

*12*

JPML FORM 1A

### DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _391_ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/02/28 | | HEARING APPEARANCES FOR 2/28/80 HEARING, WASH.,D.C. <br> Pedro Rios Jimenez by Harvey B. Nachman, Esq. or <br> Hary Anduze Montano, Esq. <br> American Airlines, Inc. by Randal R. Craft, Jr., Esq. <br> XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX(REW_) |
| 80/03/04 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-123 Coughlin v. <br> American Airlines Inc., etal.,C.D.Cal.,C.A.No. 80-454-LEW <br> Notified involved counsel and judges. (ea) |
| 80/03/04 | | ORDER TO SHOW CAUSE -- C-121 Dillard, et al. v. McDonnell <br> Douglas Corp., etal., C.D.Cal., C.A.No. CV79-4387-WMB. <br> Notified involved counsel and judges. (ea) |
| 80/03/03 | 54 | LETTER, W/ATTACHMENTS -- Counsel for pltf. Dillard, C.D.Cal <br> dated 2/27/80. (ea) |
| 80/03/06 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (5 actions, C-113 <br> though C-117) -- Notified involved judges, clerks, |

| | | |
|---|---|---|
| Clona Bohanan, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Real | 80-00066 |
| Catherine H. Glass, et al. v. Americ. Airlines, Inc., et al. | C.D.Cal Lucas | 80-0168-MML |
| Rosemary Braine, et al. v. American Airlines, Inc., et al. | C.D.Cal Byrne | 80-0167-WMB |
| Andrew Vetor, etc. v. McDonnell Douglas Corp., et al. | E.D.Mich. Newblatt | 8070070 |
| Shutao H. Lin, etc. v. McDonnell Douglas Corp., et al. | S.D.N.Y. MacMahon | 80 Civ 0174 |

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/03/13 | | CONDITIONAL ORDER -- Transferring C-101 Jimenez, et al. v. <br> American Airlines, et al., D. P.R., 79-2277 -- <br> Notified involved judges, clerks and counsel (cds) |
| 80/03/20 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- <br> C-123 Coughlin v. Americ. Airlines, et al., C.D.Calif., <br> C.A. No. 80-454-LEW(Kx) <br> NOTIFIED CLERKS AND JUDGES. (emh) |

JPML FORM 1A

#13

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *391* -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/03/20 | 55 | RESPONSE TO SCO -- Pltfs. Janice A. Dillard, et al. -- w/Exhibit A and cert. of svc.   (emh) |
| 80/03/26 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-124 Virginia Mitchell, etc. v. McDonnell Douglas, et al., C.D. Calif., C.A. No. CV80-781-TJH;  C-125 Lynne S. Files, etc., et al. v. American Airlines, Inc., et al., E.D. Calif., C.A. No. CivS-80-160-PCW;  C-126 Marilyn Yvonne Pillivant, etc. v. McDonnal Douglas, et al., E.D. Mich., C.A. No. 8070422  -- NOTIFIED INVOLVED JUDGES AND COUNSEL  (cds) |
| 80/03/27 | | HEARING ORDER -- Setting C-121 Dillard, etal. v. McDonnell Douglas Corp., etal., C.D. Cal., C.A. No. CV79-4387-WMB for hearing on April 24, 1980 in San Fran., Calif. Notified involved counsel, clerks and judges. (ea) |
| 80/04/01 | | CONDITIONAL TRANSFER ORDERS FILED TODAY C-127 Mallacynski v. McDonnell Douglas Corp., N.Y., S. C.A. No. 80 Civ 1133 and C-128 McAtee v. McDonnell Corp., et al., C.A. No. 79-48800-RMT -- Notified involved counsel and judges                    (rew) |
| 80/04/07 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-129 Nat'l Union Fire Insurance Co. v. McDonnell Douglas Corp., et al., C.D.Calif., No. 80-325-DWW |
| | | C-130 Coughlin, et al. v. Americ. Airlines, Inc., et al., C.D.Calif., No. 80-5797-RMT NOTIFIED INVOLVED COUNSEL AND JUDGES.  (emh) |
| 80/04/11 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY. C-124 Mitchell, etc. v. McDonnell, C.D.Cal., C.A.No. CV80-781-TJH; C-125 Files, etc. v. Amer. Airlines, E.D.Cal., C.A.No. CivS-80-160-PCW; C-126 Pillivant, etc. v. McDonnell, E.D.Mich., C.A.No. 8070422. Notified involved clerks and judges.(ea) |
| 80/04/16 | 56 | RESPONSE TO SCO -- McDonnell Douglas w/cert. of svc. (ea) |
| 80/04/17 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY C-127 Malacynski v. McDonnell Douglas Corp. et al., S.D.N.Y., 80 Civ 1133; and C-128  McAtee v. McDonnell Douglas, C.D. Cal., 79-4880-RMT Notified Transferee Clerk, Judges, Transferor Judges and Clerks                      (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 391 -- p. 14

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 80/04/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- |
| | | C-131 Carol Frasier, etc. v. American Airlines, et al., C.D. Calif., C.A. No. 80-1318IH Notified involved Counsel and Judges. (ds) |
| 80/04/22 | | HEARING APPEARANCES for hearing held in San Fran. Cal. on April 24, 1980--Floyd A. Demanes, Esq. for Janice Arlene Dillard, et al; James M. Fitzsimons, Esq. for McDonnell Douglas Corp.(ds) |
| 80/04/22 | | WAIVERS FOR ORAL ARGUMENT for Maxing hearing held in San Fran. Cal. on April 24, 1980--Gregory A. Long, Esq. for American Airlines, Inc. ; Peter Brotzen, Esq. for General Dynamics. (ds) |
| 80/04/23 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY. C-129 Nat'l Union Fire Ins. Co. v. McDonnell Douglas, et al. C.D.Cal., C.A. No. 80-325-DWW; C-130 Coughlin, et al.v. American Airlines, Inc., et al. C.D.Cal., C.A.No. 80-5797-RMT. Notified involved clerks and judges. (ea) |
| 80/05/05 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-131 -- Frasier, etc. v. Americ. Airlines, Inc., et al., C.D. California, C.A. No. 80-1318-IH NOTIFIED CLERKS AND JUDGES. (emh) |
| 80/05/08 | | ORDER DENYING TRANSFER -- (C-121) Janice Arlene Dillard, et al. v. McDonnell Douglas Corp., et al., C.D. Cal., 79-4387-WMB -- Notified inv. judges, clerks & counsel |
| 80/05/08 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-132 Alison M. Adams, etc. v. McDonnell, C.D.Ca., 80-01614 C-133 Michael Miyagawa, et al. v. Am. Airlines, Hawaii, 80-0203 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 80/05/16 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- |
| | | C-134 Stephen Driscoll, et al. v. McDonnell Douglas, et al. N.D.Ca., C.A. No. C 80-0879-RFP; C-135 Ryan Goetz, et al v. Am. Airlines, et al., C.D.Ca., C.A. No. 80-1767-LEW(Px); and Frances Hollenbeck, et al. v. McDonnell Douglas, et al., C.D.Ca., C.A. No. 80-1904-WMB(Px) -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 80/05/19 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-137 Griego, et al. v. Americ. Airlines, et al., C.D.Calif., 80-1826 NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 80/05/27 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- |
| | | C-132 Adams, etc. v. McDonnel, C.D.Ca., 80-01614 and C-133 Miyagawa, et al. v. Am. Airlines, Hawaii, 80-0203 -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cdsO |
| 80/05/27 | 57 | NOTICE OF OPPOSITION (C-134) Driscoll v. McDonnell Douglas, et al., N.D. Cal, 80-0879-RFP -- Pltf. -- w/cert.serv |

JPML FORM lA - Continuation                    DOCKET ENTRIES -- p. _15_

DOCKET NO. 391  -- _____

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 80/05/30 | | CONDITIONAL TRANSFER ORDER filed today. C-138 John G. O'Rourke, et al. v. McDonnell Douglas Corp., et al., E.D. California, C.A. No. CV-F-118-MDC.  Notified involved counsel and judges. (ds) |
| 80/06/03 | 58 | NOTICE OF OPPOSITION -- C-137 Isabel Griego, etal. v. Amer. Airlines, etal.,C.D.Cal.,C.A.No. 80-1826-FW -- Pltf. Griego.                    (ea) |
| 80/06/03 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-135 Goetz v. Amer. Airlines Inc., etal., C.D. Cal., C.A. No. 80-1767-LEW(Px); C-136 Hollenbeck, etal. v. McDonnell Douglas Corp., etal., C.D. Cal., C.A. No. 80-1904-WMB(Px). Notified involved clerks and judges. (ds) |
| 80/06/16 | | CONDITIONAL TRANSFER ORDERS FILED today. C-139/C-150 listed below. Notified involed counsel and judges. (ds) |

| | | | | |
|---|---|---|---|---|
| C-139 | Mary Trautman, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Whelan | 80-02148FW | |
| C-140 | Vincent J. Ragucci, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Williams | 80-02128DWW | |
| C-141 | Frances O. Dzwonkowski v. McDonnell Douglas Corp., et al. | C.D.Cal Tackasugi | 80-02127RMT | |
| C-142 | Judith A. Blouin, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Hatter, | 80-02171TJH | |
| C-143 | Lois Hoover, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal. Pfaelzer | 80-02195MRP | |
| C-144 | Suzanne E. Clark, etc. v. American Airlines, Inc., et al. | C.D. Cal. Hatter | 80-02184 | TJH |
| C-145 | Nico Charisse, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal. Gray | 80-02202WPG | |
| C-146 | Alexander Crucioli, etc. v. American Airlines, Inc, et al. | C.D.Cal. Hatter | 80-02191TJH | |
| C-147 | Joseph L. Gonzalez, Jr., et al. v. McDonnell Douglas Corp., et al. | C.D.Cal. Hatter | 80-02158TJH | |
| C-148 | Max Wilner, et al. v. American Airlines, et al. | C.D.Cal. Pfaelzer | 80-02206MRP | |
| C-149 | Cathleen Bower, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Real | 80-02067 | |
| C-150 | Janet M. Mosk, et al. v. American Airlines, et al. | C.D.Cal Lydick | 80-02204 | |

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 80/06/17 | | CONDITIONAL TRANSFER ORDER FINAL today. C-138 O'Rourke, et al. v. McDonnell Douglas Corp., et al., E.D. Calif., C.A. No. CV-F-80-118MDC. Notified involved clerks and judges.(ds |
| 80/06/17 | 59 | MOTION, BRIEF, CERT. OF SVC. TO VACATE CTO -- C-137 Griego, et al. v. American Airliness, et al., C.D. Cal., C.A. No. 80-1826-FW. Plaintiff Griego. (ds) |

JPML FORM lA

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 80/06/20 | | LETTER W/ENCLOSURE, CERT. OF SVC.-- Notification of order remanding. C-134 Driscoll, et al. v. McDonnell Douglas Corp.,et al., N.D. Cal., C.A. NO. C 80-0879 RFP -- Counsel for plantiff Driscoll. (ds) |
| 80/06/20 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-134 Driscoll et al. v. McDonnell Douglas Corp., et al., N.D. Cal. C.A. No. C 80-879-RFP -- Notified involved counsel, clerks and judges. (ds) |
| 80/06/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-159 Keeney, et al. v. McDonnell Douglas Corp., et al., C.D. Calif., C.A. No. CV80-2222-R NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 80/07/02 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- (C-139 - C-150) Actions listed below -- NOT. INVOLVED JUDGES & CLERKS(cds |

| | | | | |
|---|---|---|---|---|
| C-139 | Mary Trautman, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Whelan | 80-02148FW | |
| C-140 | Vincent J. Ragucci, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Williams | 80-02128DWW | |
| C-141 | Frances O. Dzwonkowski v. McDonnell Douglas Corp., et al. | C.D.Cal Tackasugi | 80-02127RMT | |
| C-142 | Judith A. Blouin, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Hatter | 80-02171TJH | |
| C-143 | Lois Hoover, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Pfaelzer | 80-02195MRP | |
| C-144 | Suzanne E. Clark, etc. v. American Airlines, Inc., et al. | C.D.Cal Hatter | 80-02184 | TJH |
| C-145 | Nico Charisse, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Gray | 80-02202WPG | |
| C-146 | Alexander Crucioli, etc. v. American Airlines, Inc, et al. | C.D.Cal Hatter | 80-02191TJH | |
| C-147 | Joseph L. Gonzalez, Jr., et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Hatter | 80-02158TJH | |
| C-148 | Max Wilner, et al. v. American Airlines, et al. | C.D.Cal Pfaelzer | 80-02206MRP | |
| C-149 | Cathleen Bower, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal Real | 80-02067 | |
| C-150 | Janet M. Mosk, et al. v. American Airlines, et al. | C.D.Cal Lydick | 80-02204 | |

r·17

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *391* -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/07/14 | | CONDITIONAL TRANSFER ORDER FINAL TODAY --<br>C-159 Keeney, et al. v. McDonnell Douglas, C.D.Calif.,<br>C.A. No. CV80-2222-R<br>NOTIFIED CLERKS AND JUDGES.    (emh) |
| 80/07/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-160 Lumbermens<br>Mutual Insurance Co. v. McDonnell Douglas, et al.,<br>C.D.Calif., C.A.No. 80-01469-LEW (Mx)<br>NOTIFIED INVOLVED COUNSEL AND JUDGES.    (emh) |
| 80/07/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-161 Arthur Fish<br>et al. v. American Airlines, Inc., et al., C.D.Calif.,<br>80-03073-FW -- NOTIFIED INVOLVED COUNSEL AND JUDGES (cds) |
| 80/08/04 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-160<br>Lumbermens Mutual Ins. Co. v. McDonnell Douglas Corp.,<br>et al., C.D.Cal., C.A.No. CV80-1469-LEW(Mx) -- Notified<br>involved clerks and judges. (ea) |
| 80/08/14 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-162 Nat'l<br>Union Fire Ins. Co. v. McDonnell Douglas, etal., C.D.Cal.<br>C.A. No. 80-01468; C-163 Amer. Motorists Ins. Co. v.<br>McDonnell Douglas, etal., C.D.Cal., C.A.No. 80-02179 --<br>Notified involved counsel and judges. (ea) |
| 80/08/14 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-161 Arthur Fish<br>et al., v. American Airlines, et al., C.D. Cal., C.A. No.<br>80-03073-FW.  Notified involved clerks and judges. (ds) |
| 80/08/21 | | HEARING ORDER -- setting C-137 for hearing on Sept. 25,<br>1980 in Nashville, Tenn.          (ea) |
| 80/08/22 | | ORDER VACATING CTO -- C-161 Fish, et al. v. American<br>Airlines, et al., C.D.Calif., C.A.No. CV80-3073-FW (emh) |
| 80/08/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-164<br>Continental Casualty Co. v. McDonnell Douglas Corp.,<br>et al., C.D.Calif., C.A.No. 80-00996-AAH<br>NOTIFIED INVOLVED COUNSEL AND JUDGES.  (emh) |
| 80/08/27 | | Order from C.D. California -- Remanding C-137 to<br>Superior Court of the State of California -- signed by<br>Judge Whelan  (emh) |
| 80/08/27 | | ORDER VACATING CTO AND VACATING HEARING -- C-137 Griego,<br>et al. v. Americ. Airlines, et al., C.D.Calif., C.A.No.<br>CV80-1826-FW  (emh) |

JPML FORM 1A - Continuation                 DOCKET ENTRIES -- p. 18

DOCKET NO. 391 -- _____

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| ~~80/00/02~~ | ~~xxxxxx~~ | ~~CONDITIONAL TRANSFER ORDERS FINAL TODAY --~~ ~~C-164 Continental Casualty Co. v. McDonnell Douglas,~~ ~~C.D., Calif., C.A.No. 80-00996-AAH~~ |
| 80/09/02 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-162 Nat'l Union Fire Insurance Co. v. McDonnell Douglas, C.D.Calif., C.A.No. 80-01468 C-163 American Motorists Insurance Co. v. McDonnell Douglas C.D.Calif., C.A.No. 80-02179 NOTIFIED CLERKS AND JUDGES.  (emh) |
| 80/09/02 | | ORDER TO SHOW CAUSE -- C-165 Manuel E. Cohen, etc. v. McDonnell Douglas Corp., et al., D.Mass., C.A. No. 80-1197 -- filed pursuant to 28 U.S.C. §1407 (emh) |
| 80/09/05 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-166 Whyland, etc., et al. v. Americ. Airlines, et al., N.D. N.Y., C.A. No. 80 CV 664 C-167 Whyland, etc., et al. v. Americ. Airlines, et al., N.D. N.Y., C.A. No. 80 CV 663 C-168 Novelli, et al. v. McDonnell Douglas Corp., et al., C.D. Calif., C.A. No. CV79-3928-TJH NOTIFIED COUNSEL AND JUDGES.  (emh) |
| 80/09/08 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-164 Continental Casualty Co. v. McDonnell Douglas Corp. et al., C.D. Calif., C.A. No. 80-00996-AAH NOTIFIED CLERKS AND JUDGES.  (emh) |
| 80/09/15 | 60 | RESPONSE -- Plaintiff Manuel Cohen -- w/cert. of serv.(cds) |
| 80/09/17 | 61 | LETTER/RESPONSE (Re: C-165 Cohen) -- Def. American Airlines Inc.  (cds) |
| 80/09/17 | 62 | REQUEST FOR EXTENSION OF TIME -- Def. McDonnel Douglas Corp -- GRANTED TO AND INCLUDING Sept. 17, 1980  (cds) |
| 80/09/23 | | CTO's FINAL TODAY (C-166, 167 & 168) listed below -- NOTIFIED CLERKS AND JUDGES.  (emh) C-166 Whyland, etc., et al. v. Americ. Airlines, et al., N.D. N.Y., C.A. No. 80 CV 664 C-167 Whyland, etc., et al. v. Americ. Airlines, et al., N.D. N.Y., C.A. No. 80 CV 663 C-168 Novelli, et al. v. McDonnell Douglas Corp., et al., C.D. Calif., C.A. No. CV79-3928-TJH |

Case MDL No. 391   Document 1   Filed 05/19/15   Page 19 of 60

DOCKET NO. 391 -- In re Air Crash Disaster Near Chicago, Illinois, on
                    May 25, 1980

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 80/10/02 | 63 | MOTION TO REMAND (C-106) Donna Connor v. McDonnell Douglas Corp., et al., N.D. Ill., 80-C-1335 (C.D. Calif., 79-4559-MML) -- American Airlines -- w/cert. of serv. cds |
| 80/10/02 | 64 | MOTION TO REMAND (C-81) Carolyn J. Dittmer v. McDonnell, et al., N.D. Ill., 79-C-4379 (C.D. Calif., 79-3176 HP) -- American Airlines -- w/cert. of serv. (cds) |
| 80/10/02 | 65 | MOTION TO REMAND (C-68) Robert M. Atkinson v. McDonnell, et al., N.D. Ill., 79-C-4026 (C.D. Calif., 79-2904-WMB) -- A American Airlines -- w/cert. of serv. (cds) |
| 80/10/02 | 66 | MOTION TO REMAND (C-66) Margaret B. Sharpe v. McDonnell, et al., N.D. Ill., 79-C-4028 (C.D. Calif., 79-2846-MRP) -- American Airlines -- w/cert. of service (cds) |
| 80/09/26 | 67 | RESPONSE TO SCO -- McDonnell Douglas -- w/cert. of serv. cs |
| 80/10/20 | 68 | RESPONSE TO MOTION TO REMAND -- pltfs. C-106 Conner and C-81 Dittmer w/exhibits A through F and cert. of svc.(ds) |
| 80/10/20 | 69 | RESPONSES TO MOTION TO REMAND -- American Airlines to pleadings numbers 63 through 66 w/cert. of svc. (ds) |
| 80/11/05 | | HEARING ORDER -- Setting order to show cause C-165 Cohn and motion to remand filed by American Airlines in C-106 Connor C-81 Dittmer; C-68 Atkinson and C-66 Sharpe for hearing.  Hearing to be held in West Palm Beach, Fla. on Dec. 9, 1980.  Notified counsel, clerks and judges.rew |
| 80/11/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-169 Cyrus Adm. v. McDonnell Douglas Aircraft Co., et al., E.D.Mich. C.A. No. 80-73927 -- NOT. INV. JUDGES AND CLERKS (cds) |
| 80/12/03 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-169 Miller, v. McDonnell Douglas Aircraft Co., et al., E.D. Michigan, C.A. No. 80-73927.Notified involved clerks & judges. (ds) |
| 80/12/04 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-170 Chinn v. American Airlines, Inc., et al., Haw., 80-583 -- Notified counsel and involved judges.          (rew) |
| 80/12/05 | | HEARING APPEARANCES:  JOHN A. NADAS, ESQ. FOR Manuel E. Cohen; ROBERT ALPERT, ESQ. FOR American Airlines, Inc.;  JAMES M. FITZSIMONS, ESQ. for McDonnell Douglas Corp.;  ROBERT ALPERT, ESQ. FOR American Airlines;  FRANK G. FLEMING, ESQ. FOR Carolyn Dittmer and Donna Conner  (cds) |
| 80/12/05 | | WAIVER OF ORAL ARGUMENT:  Margaret B. Sharpe, et al.;(cds) |
| 80/12/22 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-170 Chinn, etc. v. Americ. Airlines, et al., D.Hawaii, C.A. No. 80-583 NOTIFIED INVOLVED CLERKS AND JUDGES.  (emh) |

JPML FORM 1A

### DOCKET ENTRIES

p.20

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 391 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/12/29 | | ORDER DENYING REMAND (of C-106, C-81, C-68 & C-66) -- pursuant to 28 U.S.C. §1407. (emh) |
| 80/12/30 | | ORDER DENYING TRANSFER (of C-165) pursuant to 28 U.S.C. §1407. (ds) |
| 81/02/03 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-171 Yamashiro, etc. v. American Airlines, Inc., et al., D. Hawaii, C.A. No. 80-650. Notified involved counsel & judges.(ds) |
| 81/02/19 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-171 Yamashiro, etc. v. Americ. Airlines, D. Hawaii, C.A. No. 80-650 NOTIFIED CLERKS AND JUDGES. (emh) |
| 81/05/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-172 Castronovo, etc. v. American Airlines, Inc., et al., N.D.N.Y., C.A.No. 81-CV-341 -- Notified involved counsel and judges. (eaf) |
| 81/06/11 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-172 Castronovo, etc. v. Amer. Airlines, et al., N.D. New York, C.A. No. 81-CV-341 NOTIFIED INVOLVED CLERKS AND JUDGES. (emh) |
| 81/06/30 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-173 Hyman Krell et al. v. American Airlines, Inc., et al., D.Hawaii, C.A. No. 81-0173 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 81/07/06 | 70 | MOTION TO REMAND, BRIEF, AFFIDAVIT, EXHIBIT, CERT. OF SVC. -- C-66 Sharpe, etc. v. McDonnell Douglas Corp., etal., N.D.Ill., C.A.No. 79C4028 (C.D.Cal.,CV79-2846-WMB) and C-84 Gonzalez v. Amer. Airlines, etal., N.D.Ill., C.A.No. 79C4383 (C.D.Cal., CV79-3354-WPG) -- By American Airlines, Inc. Notified involved counsel. (eaf) |
| 81/07/15 | 71 | AFFIDAVIT OF GARRETT J. FITZPATRICK (to Pldg. No. 71) -- by American Airlines w/cert. of svc. (eaf) |
| 81/07/16 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-173 Krell, et al. v. American Airlines, Inc., et al., D. Hawaii, C.A. No. 81-0173--Notified involved clerks & judges.(eaf) |
| 81/08/03 | 72 | MOTION TO REMAND C-109 Simmons, et al. and C-115 Braine, et al. -- American Airlines -- w/Brief, Schedule, Exhibit A and cert. of service (cds) |

JPML. FORM. 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **391** -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 81/08/18 | | CONDITIONAL REMAND ORDERS FILED TODAY - 16 actions listed below.  Notified involved counsel and judges.  (ds) |

Mirtola Bentov v. McDonnell Douglas Corp., et al.,
N.D. Illinois, C.A. No. 79-C-4034 (C.D. California,
C.A. No. CV-79-2424-WMB)

Rosemary Braine, et al. v. American Airlines, Inc.,
et al., N.D. Illinois, C.A. No. 80-C-1337
(C.D. California, C.A. No. 80-0167-WMB)

Donna Gonzalez v. American Airlines, Inc., et al.,
N.D. Illinois, C.A. No. 79-C-4383 (C.D. California,
C.A. No. CV-79-3354-WPG)

Lumbermens Mutual Insurance Co. v. Airlines, Inc.,
et al., N.D. Illinois, C.A. No. 80-C-4895
(C.D. California, C.A. No. CV-80-1469-LEW)

Virginia Mitchell, etc. v. McDonnell Douglas Corp.,
et al., N.D. Illinois, C.A. No. 80-C-2368
(C.D. California, C.A. No. CV-80-781-TJH)

National Union Fire Insurance Co. v. McDonell Douglas
Corp., et al., N.D. Illinois, C.A. No. 80-C-2366
C.D. California, C.A. No. 80-325-DWW)

Gregory A. Riddle, etc. v. McDonnell Douglas Corp., et al.,
N.D. Illinois, C.A. No. 79-C-4023 (C.D. California,
C.A. No. CV-79-2637-WMB)

Margaret B. Sharpe, etc. v. McDonnell Douglas Corp., et al.,
N.D. Illinois, C.A. No. 79-C-4028 (C.D. California,
C.A. No. CV-79-2846-WMB)

Michael David Simmons, et al., etc. v. American Airlines, Inc.,
et al., N.D. Illinois, C.A. No. 80-C-1340 (C.D. California,
C.A. No. 79-4417-IH)

Rita P. Swift, etc. v. McDonnell Douglas Corp., et al.,
N.D. Illinois, C.A. No. 79-C-4039 (C.D. California,
C.A. No. CV-79-2166-WMB)

Sharon T. Vaughan, etc. v. McDonnell Douglas Corp., et al.,
N.D. Illinois, C.A. No. 79-C-4040 (C.D. California,
C.A. No. CV-79-2123-WMB)

Avon Bean v. American Airlines, Inc., et al.,
N.D. Illinois, C.A. No. 80-C-1165 (D. Hawaii, C.A. No.
79-0539)

Michael Miyagawa, et al. v. American Airlines, Inc., et al.,
N.D. Illinois, C.A. No. 80-C-3058 (D. Hawaii, C.A. No.
80-0203)

Andrew Vetor, etc. v. McDonnell Douglas Corp., et al.,
N.D. Illinois, C.A. No. 80-C-1341 (E.D. Michigan, C.A. No.
80-70079)

Karen E. Platt, etc. v. McDonnell Douglas Corp., et al.,
N.D. Illinois, C.A. No. 80-C-578 (E.D. Michigan,
C.A. No. 974433)

Frederick D. Stacks, etc. v. McDonnell Douglas Corp., et al.,
N.D. Illinois, C.A. No. 79-C-4527 (E.D. Michigan,
C.A. No. 973007)

pg. 22.

JPML PUBL...

DOCKET ENTRIES

... JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

391

DESCRIPTION

| 81/09/01 | 73 | NOTICE OF OPPOSITION -- (C-45) Mirtala Bentov v. McDonnell Douglas Corp., et al., N.D. Illinois, C.A. NO. 79-C-4034 (C.D. California, C.A. No. CV-79-2424-WMB) -- Defendant American Airlines, Inc.   (ds) |

81/09/03   CONDITIONAL REMAND ORDERS FINAL TODAY -- 15 actions listed below.  Notified involved clerks and judges.  (ds)

Rosemary Braine, et al. v. American Airlines, Inc., et al., N.D. Illinois, C.A. No. 80-C-1337 (C.D. California, C.A. No. 80-0167-WMB)

Donna Gonzalez v. American Airlines, Inc., et al., N.D. Illinois, C.A. No. 79-C-4383 (C.D. California, C.A. No. CV-79-3354-WPG)

Lumbermens Mutual Insurance Co. v. Airlines, Inc., et al., N.D. Illinois, C.A. No. 80-C-4895 (C.D. California, C.A. No. CV-80-1469-LEW)

Virginia Mitchell, etc. v. McDonnell Douglas Corp., et al., N.D. Illinois, C.A. No. 80-C-2368 (C.D. California, C.A. No. CV-80-781-TJH)

National Union Fire Insurance Co. v. McDonell Douglas Corp., et al., N.D. Illinois, C.A. No. 80-C-2366 C.D. California, C.A. No. 80-325-DWW)

Gregory A. Riddle, etc. v. McDonnell Douglas Corp., et al., N.D. Illinois, C.A. No. 79-C-4023 (C.D. California, C.A. No. CV-79-2637-WMB)

Margaret B. Sharpe, etc. v. McDonnell Douglas Corp., et al., N.D. Illinois, C.A. No. 79-C-4028 (C.D. California, C.A. No. CV-79-2846-WMB)

Michael David Simmons, et al., etc. v. American Airlines, Inc., et al., N.D. Illinois, C.A. No. 80-C-1340 (C.D. California, C.A. No. 79-4417-IH)

Rita P. Swift, etc. v. McDonnell Douglas Corp., et al., N.D. Illinois, C.A. No. 79-C-4039 (C.D. California, C.A. No. CV-79-2166-WMB)

Sharon T. Vaughan, etc. v. McDonnell Douglas Corp., et al., N.D. Illinois, C.A. No. 79-C-4040 (C.D. California, C.A. No. CV-79-2123-WMB)

Avon Bean v. American Airlines, Inc., et al., N.D. Illinois, C.A. No. 80-C-1165 (D. Hawaii, C.A. No. 79-0539)

Michael Miyagawa, et al. v. American Airlines, Inc., et al., N.D. Illinois, C.A. No. 80-C-3058 (D. Hawaii, C.A. No. 80-0203)

Andrew Vetor, etc. v. McDonnell Douglas Corp., et al., N.D. Illinois, C.A. No. 80-C-1341 (E.D. Michigan, C.A. No. 80-70079)

Karen E. Platt, etc. v. McDonnell Douglas Corp., et al., N.D. Illinois, C.A. No. 80-C-578 (E.D. Michigan, C.A. No. 974433)

Frederick D. Stacks, etc. v. McDonnell Douglas Corp., et al., N.D. Illinois, C.A. No. 79-C-4527 (E.D. Michigan, C.A. No. 973007)

Pg·23

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **391** -- _____

| DATE | No. | Pleading Description |
|------|-----|----------------------|
| 81/09/22 | 74 | LETTER WITHDRAWING OPPOSITION TO CONDITIONAL REMAND ORDER-- (C-45) Mirtala Bentov v. McDonnell Douglas Corp., et al., N.D. Illinois, C.A. No. 79-C-4034 (C.D. California, C.A. No. CV-79-2424-WMB). Ltr. signed by Timothy J. Kozen.(ds) |
| 81/09/22 | | ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER -- (C-45) Mirtala Bentov v. McDonnell Douglas Corp., et al., N.D. Illinois, C.A. No. 79-C-4034 (C.D. California, C.A. No. CV79-2424-WMB.  Notified involved counsel, judges and clerks. (ds) |
| 81/10/05 | | ORDER DENYING REMAND -- C-66 Sharpe, etc. v. McDonnell Douglas Corp., et al., N.D. Illinois, C.A. No. 79C4028 (C.D. California, C.A. No. CV79-2846-WMB); C-84 Donna Gonzalez v. American Airlines, et al., N.D. Illinois, C.A. No. 79C4383 (C.D. California, C.A. No. CV79-3354-WPG); C-115 Braine, et al. v. American Airlines, Inc., et al., N.D. Illinois, C.A. No. 80C1337 (C.D. California, C.A. No. CV80-0167-WMB); C-109 Simmons, et al. v. American Airlines, Inc., et al., N.D. Illinois, C.A. No. 80C1340 (C.D. California, C.A. No. CV79-4417-IH). Notified involved counsel, judges and clerks.  (ds) |
| 81/10/28 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-174 King, et al. v. American Airlines, Inc., et al., N.D.N.Y., C.A. No. 81-CV-612.  Notified involved counsel and judges.(ds) |
| 81/11/02 | 75 | MOTION TO REMAND, AFFIDAVIT OF LESTER J. KRAVITZ, BRIEF IN SUPPORT, SCHEDULE, PROOF OF SVC., SUPP. PROOF OF SVC. -- (Re:  C-65 Shatkin, C-89 Lyon, C-102 Malacynski and C-117 Lin) -- filed by Pltfs. Shatkin, Lyon, Malacynski and Lin. Notified involved parties.  (eaf) |
| 81/11/06 | | HEARING ORDER -- Setting Motion of plaintiffs in following actions for remand pursuant to 28 U.S.C. §1407 (C-65 Shatkin, C-89 Lyon, C-102 Malacynski and C-117 Lin -- To be heard in West Palm Beach, Florida on Dec. 8, 1981 (cds |
| 81/11/13 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-174 King, etal. American Airlines, Inc.,et al., N.D.N.Y., 81-CV-612 -- Notified involved clerks and judges. (eaf) |
| 81/12/01 | 76 | LETTER ATTACHING COPY OF ORDER SIGNED BY JUDGES ROBSON AND WILL (Regarding C-65 Shatkin, C-89 Lyon, C-102 Malacynski and C-117 Lin -- Signed by Richard Weiss  (cds) |
| 81/12/02 | | WAIVER OF ORAL ARGUMENT -- All parties waive        (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **391** -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/12/08 | | CONDITIONAL REMAND ORDERS FILED TODAY -- 8 actions listed below.  Notified involved counsel and judges.  (ds) |

        C-143   Lois Hoover, et al. v. McDonnell Douglas Corp., et al.,
                N.D. Illinois, C.A. No. 80-C-3903 (C.D. California,
                C.A. No. 80-02195 MRP)

        C-135   Ryan Goetz, et al. v. American Airlines, Inc., et al.,
                N.D. Illinois, C.A. No. 80-C-3376 (C.D. California,
                C.A. No. 80-1767 LEW(Px)

        C-91    Patricia L. Rogers, et al. v. McDonnell Douglas Corp.,
                et al., N.D. Illinois, C.A. No. 80-C-157
                (C.D. California, C.A. No. 79-3702 LEW(Mx)

        C-76    Catherine Gayle Goldsmith, et al. v. American Airlines,
                et al., N.D. Illinois, C.A. No. 79-C-4384
                (C.D. California, C.A. No. 79-2756 LTL(Px)

        C-52    Connie G. DiCredico, et al. v. McDonnell Douglas Corp.,
                et al., N.D. Illinois, C.A. No. 79-C4038
                (C.D. California, C.A. No. CV-79-2189 WMB)

        C-60    Shirley Joan Currigan, et al. v. McDonnell Douglas Corp.,
                et al., N.D. Illinois, C.A. No. 79-C-4030
                (C.D. California, C.A. No. CV-79-2627 WMB)

        C-169   Cyrus Miller, Adv. v. McDonnell Douglas Aircraft Co., et al.,
                N.D. Illinois, C.A. No. 81-C-439 (E.D. Michigan,
                C.A. No. 80-73927)

        C-82    Takako Hawkins, etc., et al. v. McDonnell Douglas Corp.,
                et al., N.D. Illinois, C.A. No. 79-C-4380
                (C.D. California, C.A. No. CV-79-3198 MML)

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/12/08 | | SUGGESTION FOR REMAND IN THE ACTIONS LISTED ABOVE signed by Honorable Edwin A. Robson on 11/9/81   (ds) |
| 81/12/18 | | SUGGESTION FOR REMAND of 6 actions signed by Honorable Edwin A. Robson, dated December 7, 1981.  (eaf) |
| 81/12/18 | | CONDITIONAL REMAND ORDERS FILED TODAY IN 6 ACTIONS --
C-55 Falcon, Jr., etal. v. Amer. Airlines, Inc., etal., 79-C-4033 (C.D.Cal., CV-79-2464-WMB)
C-81 Dittmer, etc. v. McDonnell Douglas Corp., etal., 79-4379 (C.D.Cal., CV-79-3176-MRP)
C-114 Glass, etal. v. Amer. Airlines, Inc., etal., 80-C-1336 (C.D.Cal., CV-80-0168-MML)
C-123 Coughlin v. Amer. Airlines, Inc., etal., 80-C-1804, (C.D.Cal., CV-80-454-LEW)
C-130 Coughlin, etal. v. Amer. Airlines, Inc., etal., 80-C-2369 (C.D. Cal., CV-80-5797-RMT)
C-163 Amer. Motorists Ins. Co. v. McDonnell Douglas Corp. 80-C-5182 (C.D.Cal., CV-80-2179-TJH)
Notified involved counsel and judges.  (eaf) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ --

| Date | | Pleading Description |
|---|---|---|
| 81/12/22 | | REMAND ORDER -- remanding C-65 Shatkin, etc. v. McDonnell Douglas Corp., et al., N.D. Illinois, 79-C-4005 (S.D.N.Y. 79-Civ-3436); C-89 Lyon, et al. v. McDonnell Douglas Corp N.D. Illinois, 79-C-4875 (S.D.N.Y., 79-Civ-3522); C-102 Malacynski, etc., et al. v. McDonnell Douglas Corp. et al., N.D. Illinois, 80-C-0335 (S.D.N.Y., 79-Civ-5509); C-117 Lin, etc. v. McDonnell Douglas Corp., et al., N.D. Illinois, 80-C-2698 (S.D.N.Y., 80-Civ-0174).  Notified involved counsel, judges, and clerks.  (ds) |
| 81/12/28 | | CONDITIONAL REMAND ORDERS FINAL TODAY (8 actions listed below) -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |



C-143    Lois Hoover, et al. v. McDonnell Douglas Corp., et al.,
         N.D. Illinois, C.A. No. 80-C-3903 (C.D. California,
         C.A. No. 80-02195 MRP)

C-135    Ryan Goetz, et al. v. American Airlines, Inc., et al.,
         N.D. Illinois, C.A. No. 80-C-3376 (C.D. California,
         C.A. No. 80-1767 LEW(Px)

C-91     Patricia L. Rogers, et al. v. McDonnell Douglas Corp.,
         et al., N.D. Illinois, C.A. No. 80-C-157
         (C.D. California, C.A. No. 79-3702 LEW(Mx)

C-76     Catherine Gayle Goldsmith, et al. v. American Airlines,
         et al., N.D. Illinois, C.A. No. 79-C-4384
         (C.D. California, C.A. No. 79-2756 LTL(Px)

C-52     Connie G. DiCredico, et al. v. McDonnell Douglas Corp.,
         et al., N.D. Illinois, C.A. No. 79-C4038
         (C.D. California, C.A. No. CV-79-2189 WMB)

C-60     Shirley Joan Corrigan, et al. v. McDonnell Douglas Corp.,
         et al., N.D. Illinois, C.A. No. 79-C-4030
         (C.D. California, C.A. No. CV-79-2627 WMB)

C-169    Cyrus Miller, Adv. v. McDonnell Douglas Aircraft Co., et al.,
         N.D. Illinois, C.A. No. 81-C-439 (E.D. Michigan,
         C.A. No. 80-73927)

C-82     Takako Hawkins, etc., et al. v. McDonnell Douglas Corp.,
         et al., N.D. Illinois, C.A. No. 79-C-4380
         (C.D. California, C.A. No. CV-79-3198 MML)

P. 26

JPML, FORM, 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **391** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/01/05 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- C-55 Falcone, et al. v. American Airlines, Inc., et al., N.D. Ill., 79-C-4033 (C.D. Cal., CV-79-2464-WMB); C-81 Dittmer, etc. v. McDonnell Douglas Corp., et al. N.D. Ill., 79-4379 (C.D. Cal., CV-79-3176-MRP); C-114 Glass, et al. v. American Airlines, Inc., et al., N.D. Ill., 80-C-1336 (C.D. Cal., CV-80-0168-MML); C-123 Coughlin v. American Airlines, Inc., et al., N.D. Ill., 80-C-1804 (C.D. Cal., CV-80-454-LEW); C-130 Coughlin, et al. v. American Airlines, Inc., et al., N.D. Ill., 80-C-2369 (C.D. Cal., CV-80-5797-RMT); C-163 American Motorists Ins. Co. v. McDonnell Douglas Corp., et al., N.D. Ill., 80-C-5182 (C.D. Cal., CV-80-2179-TJH).  Notified involved judges and clerks.                          (ds) |
| 82/04/28 | | CONDITIONAL REMAND ORDERS FILED TODAY -- C-54 Ohm, etc. v. McDonnel Douglas Corp., N.D. Ill., 79/C4623 (C.D. Calif., CV79-2393 WMB); C-128 McAtee, etc. v. McDonnell Douglas Corp., et al., N.D. Ill., 80-2367 (C.D. Calif., 79-4880 RMT); C-136 Hollenbeck, et al. v. McDonnell Douglas Corp. et al., N.D. Ill., 80C3375 (C.D. Calif., 801904 WMB-Px); C-142 Blouin, et al. v. McDonnell Douglas Corp., et al., N.D. Ill., 80C3902 (C.D. Calif., 80-02171 TJH); C-162 Nat. Union Fir Insur. Co. v. McDonnell Douglas Corp., et al., N.D. Ill., 80C5183 (C.D. Calif., 80-01468); C-164 Continental Casualty Co. v. McDonnell Douglas Corp., et al., N.D. Ill., 80C5181 (C.D. Calif., 80-0996-AAH).  Notified involved counsel and judges.  (ds) |
| 82/05/18 | | ORDER VACATING CRO -- C-128 McAtee, etc. v. McDonnell Douglas Corp.,etal.,N.D.Ill.,80-2367 (C.D.Cal., 79-4880-RMT); C-136 Hollenbeck, etal. v. McDonnell Douglas Corp., etal.,N.D.Ill.,80C3375 (C.D.Cal.,80-1904-WME) -- deleted from CRO's filed on 4/28/82 -- notified all involved.(eaf |
| 82/05/18 | | LETTER FROM JUDGE HUBERT L. WILL withdrawing the recommendation (made on 4/15/82) for remand of C-128 McAtee and C-136 Hollenbeck.  (eaf) |
| 82/04/28 | | RECOMMENDATION FOR REMAND (dated 4/15/82) of six actions (C-54, C-142, C-164, C-136, C-162 and C-128) back to their respective transferor district court for further processing.  (eaf) |

JPML FORM 1A - Continuation                       DOCKET ENTRIES -- p. **27**

DOCKET NO. **391** -- _____

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 82/05/18 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- C-45, C-142, C-162 & C-164 listed below.  Notified involved clerks and judges.              (ds) |
| | | (C-54)  Gary R. Ohm, etc. v. McDonnel Douglas Corp., C.A. No. 79C4623, (C.D. Calif., CV79-2393-WMB) |
| | | (C-142) Judith A. Blouin, et al. v. McDonnell Douglas Corp., et al., C.A. No. 80C3902 (C.D. Calif. 80-02171TJH) |
| | | (C-162) National Union Fire Insurance Co. v. McDonnell Douglas Corp., et al., C.A. No. 80C5183 (C.D. Calif. 80-0146B) |
| | | (C-164) Continental Casualty Co. v. McDonnell Douglas Corp., et al., C.A. No. 80C5181 (C.D. Calif. 80-00996-AAH) |
| 82/05/27 | | SUGGESTION FOR REMAND (C-146) -- Dated May 10, 1982 and signed by Judge Will (cds) |
| 82/05/27 | | CONDITIONAL REMAND ORDER -- (C-146) Crucioli, etc. v. Am. Airlines, Inc., et al., N.D.Ill., 80C3906 (C.D.Cal., 80-02191TJH) -- NOTIFIED INVOLVED JUDGE AND COUNSEL (cds) |
| 2/06/14 | | CONDITIONAL REMAND ORDER FINAL TODAY -- C-146 Crucioli, etc. v. American Airlines, et al., N.D. Illinois, C.A. 80C3906 (C.D. California, C.A. No. 80-02191TJH.  Notified involved judges and clerks.  (ds) |
| 82/8/11 | | CONDITIONAL REMAND ORDERS FILED TODAY -- C-101 Jimenez, et al. v. American Airlines, Inc., et al., N.D. Ill., C.A. No. 80C1646 (D. Puerto Rico, C.A. No. 79-2277; C-107 Bryson, etc. v. McDonnell Douglas Corp., et al., N.D. Ill., C.A. No. 80C1339 (C.D. Calif., C.A. No. 79-4686-RLK).  Notified involved counsel and judges. (ds) |
| 82/08/27 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- C-101 Jimenez, et al. v. Americ. Airlines, N.D. Ill., C.A. No. 80C1646 (D. Puerto Rico, 79-2277) C-107 Bryson, etc. v. McDonnell Douglas, N.D. Ill., C.A. No. 80C1339 (C.D. Cal., 79-4686-RLK) NOTIFIED CLERKS AND JUDGE (emh) |
| 82/09/23 | | SUGGESTION FOR REMAND (C-113 and C-128) -- Dated September 14, 1982, signed by Judge Will (emh) |
| 82/09/23 | | CONDITIONAL REMAND ORDERS FILED TODAY -- C-113 Bohanan v. McDonnel Douglas Corp., N.D. Ill., C.A. No. 80-C-1338 (C.D. Calif., 80-00066) C-128 McAtee, etc. v. McDonnell Douglas Corp., N.D. Ill., C.A. No. 80-C-2367 (C.D. Calif., 79-4880-RMT) NOTIFIED INVOLVED COUNSEL AND JUDGES.   (emh) |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 391 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 82/10/12 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- C-113 Bonanan, et al. v. McDonnell Douglas, N.D. Ill., 80-C-1338 (C.D. Calif., 80-00066) C-128 McAtee, etc. v. McDonnell Douglas, N.D. Ill., 80-C-2367 (C.D. Calif., 79-4880-RMT) NOTIFIED INVOLVED CLERKS AND JUDGES. (emh) |
| 82/11/24 | | SUGGESTION OF REMAND OF C-44 and C-136 (captioned below) -- Dated 11/4/82 signed by Judge Will. (emh) |
| 82/11/24 | | CONDITIONAL REMAND ORDER FILED TODAY -- C-44 Dick, etc. v. McDonnell Douglas Corp., et al., N.D. Ill., C.A. No. 79-C-4035 (C.D. Calif., CV-79-2424-WMB) and C-136 Hollenbeck, et al. v. McDonnell Douglas Corp., et al., N.D. Ill., C.A. No. 80-C-3375 (C.D. Calif., 80-1904-WMB) NOTIFIED COUNSEL AND JUDGES. (emh) |
| 82/12/10 | | CONDITIONAL REMAND ORDER FINAL TODAY -- C-44 Dick v. McDonnell Doug. Corp., N.D.Ill., 79-C-4035 (C.D. Calif., CV79-2424-WMB) C-136 Hollenbeck, et al. v. McDonnell Doug. Corp., N.D. Ill., 80C3375 NOTIFIED INVOLVED CLERKS AND JUDGES. (emh) |
| 83/03/02 | | SUGGESTION OF REMAND OF C-172, signed by Judge Will, N.D. Illinois        (ds) |
| 83/03/02 | | CONDITIONAL REMAND ORDER FILED TODAY -- C-172 Castronovo, etc. v. American Airlines, Inc., et al., N.D. Ill., C.A. No. 81-3581 (N.D.N.Y., C.A. No. 81-CV-341). Notified involved counsel and judges. (ds) |
| 83/03/18 | | CONDITIONAL REMAND ORDER FINAL TODAY -- C-172 Castronovo, etc. v. Am. Airlines, Inc., et al., N.D. Ill., 82-C-3581 (N.D.N.Y., 81-CV-341) -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |
| 83/06/28 | | SUGGESTION OF REMAND OF C-171 and C-173 -- Signed by Judge Hubert L. Will, N.D. Illinois.      (ds) |
| 83/06/28 | | CONDITIONAL REMAND ORDERS FILED TODAY -- C-171 Yamashiro, etc. v. American Airlines, Inc., et al., D. Hawaii, C.A. No. 80-650 (N.D. Ill., C.A. NO. 81-C-5844); C-173 Krell, et al. v. American Airlines, Inc., et al., D. Hawaii, C.A. No. 81-0173 (N.D. Ill., C.A. No. 81-C-4495). (N.D. Illinois is the transferee district). Notified Judges Will and Robson and involved counsel. (ds) |

JPML FORM 1A

DOCKET ENTRIES

OFFICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **391** --

| Date | Description |
|------|-------------|

83/07/06   SUGGESTION FOR REMAND -- of C-170 -- Signed by Judge Will
           N.D. Illinois, dated June 30, 1983.  (ds)
83/07/06   CONDITIONAL REMAND ORDER FILED TODAY -- C-170 Chinn, etc.
           v. American Airlines, Inc., et al., N.D. Ill., C.A. No.
           81-C-1276 (D. Hawaii, C.A. No. 80-583).  Notified
           involved counsel and judges.  (ds)
83/07/14   CONDITIONAL REMAND ORDERS FINAL TODAY -- C-171 Yamashiro,
           etc. v. American Airlines, Inc., et al., N.D. Ill., C.A.
           No. 5844 (D.Haw., 80-650) and C-172 Krell, et al. v.
           American Airlines, Inc., et al., N.D. Ill., C.A. No.
           81C4495 (D.Haw., 81-0173) -- NOTIFIED INVOLVED JUDGES AND
           CLERKS  (cds)
83/07/22   CONDITIONAL REMAND ORDER FINAL TODAY -- C-170 Edwin Y.H.
           Chinn, etc. v. American Airlines, Inc., et al., N.D.Ill.,
           C.A. No. 81-C-1276 (D.Hawaii, C.A. No. 80-583) --
           Notified involved judges and clerks.  (jsj)

JPML Form 1

Revised: 8/78

DOCKET NO. 391  -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash Disaster Near Chicago, Illinois, on May 25, 1979

SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 6/22/79 | | | | | | |
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 8/13/79 | (SAW) | 476 F Supp 445 | Ill., N. | Edwin A. Robson Hubert L. Will | |

Special Transferee Information

DATE CLOSED: 5/28/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

*Closed 5/28/85*

DOCKET NO. 391 -- In re Air Crash Disaster Near Chicago, Illinois, on May 25, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Myrna Stogel, etc. v. McDonnell Douglas Corp., et al. | C.D.CA Byrne | 79-1960 | 8/13/79 | 79 3748 | 8/16/81 | |
| A-2 | Inge Maria Kahl v. McDonnell Douglas Corp., et al. | N.D.Ill. Hoffman | 79-C-2175 | re D+O | | reassigned | |
| B-3 | Diane Irene Kamhi, etc. v. McDonnell-Douglas Corp., et al. | N.D.Ill McGarr | 79-C-2272 | | | 5/14/81 | |
| B-4 | Andrew Bellavia, et al. v. McDonnell Douglas Corp., et al. | N.D.Ill. Crowley | 79 C 2333 | re D+O | | 7-09-82 | |
| B-5 | Leila B. Gemme, etc. v. American Airlines, Inc., et al. | N.D.Ill. Will | 79-C-2182 | re D+O | | 7/21/81 | |
| B-6 | Roy S. Lang, et al. v. McDonnell Douglas Corp., et al. | N.D.Ill Crowley | 79-C-2381 | a D+O | reassigned | 6/15/84 | Pldg. #20 |
| B-7 | Thomas Ziemba, etc. v. MdDonnell Douglas Corp., et al. | N.D.Ill Flaum | 79-C-2428 | a D+O | reassigned | | Pldg. #20 |
| B-8 | State National Bank v. McDonnell Douglas Corp., et al. | N.D.Ill Flaum | 79-C-2426 | a D+O | | 6/15/84 | Pldg. #20 |
| B-9 | State National Bank v. McDonnell Douglas Corp., et al. | N.D.Ill Flaum | 79-C-2427 | a D+O | | 6/15/84 | Pldg. #20 |
| B-10 | State National Bank v. McDonnell Douglas Corp., et al. | N.D.Ill Flaum | 79-C-2425 | 3 D+O | | 6/15/84 | Pldg. #20 |

DOCKET NO. 391 -- In re Air Crash Disaster Near Chicago, Illinois, on May 25, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | Merikay Spicuzza v. American Airlines, Inc., et al. | N.D.Ill Plaum | 79C2310 | | | 3/25/82 | Pldg.#23 |
| B-12 | LaSalle National Bank v. American Airlines, Inc., et al. | N.D.Ill Plaum | 79C2311 | | | 3/25/82 | Pldg.#23 |
| B-13 | George W. Nordhaus, et al. v. McDonnell Douglas Corp., et al. | Cal.,C. Byrne | CV79-2112 | 8/13/79 | 79C3749 | 10/31/79 | Pldg.#27 |
| B-14 | Marvin Molner, Sr. v. McDonnell Douglas Corp., et al. | N.D.Ill Plaum | 79C2346 | | | 12/14/82 | Pldg.#26 |
| B-15 | Thomas Sheridan, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill Plaum | 79C2440 | | | 12/29/82 | Pldg. #28 |
| B-16 | Syed Haider, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill McGarr | 79C2444 | | reassigned | | Pldg. #28 |
| B-17 | Kenneth Huth, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill Decker | 79C2445 | | | 11/24/81 | Pldg. #28 |
| B-18 | Kenneth Huth, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill Leighton | 70C2446 | | | 12/29/82 | Pldg. #28 |
| B-19 | Yie-Chen Lin, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal Lydick | CV79-2116-LTL | 8/13/79 | 79C3750 | 12/29/82 | Pldg.#21 |

DOCKET NO. 391 -- In re Air Crash Disaster Near Chicago, Ill., on May 25, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-20 | Angeline J. DiCastro, et al. v. McDonnell Douglas Corp., et al. | N.D.Ill Flaum | 79 C2462 ✓ | | Reassigned | | PLDG.#30 |
| B-21 | Barbara Craig, et al. v. McDonnell Douglas Corp., et al. | N.D.Ill Flaum | 79C2423 ✓ | ✓ | | 10/14/82 D | PLDG#30 |
| B-22 | Inge Maria Kahl, et al. v. McDonnell Douglas Corp., et al. | N.D.Ill Flaum | 79C2307 ✓ | ex O & O | → 9/29/81 D | Pldg.#30 |
| B-23 | Corinne Plesa, et al. v. McDonnell Douglas Corp., et al. | N.D.Ill Flaum | 79C2277 ✓ | ✓ | ✓ Reassigned | Pldg.#30 |
| B-24 | Joan Kusek, et al. v. McDonnell Douglas Corp., et al. | N.D.Ill Flaum | 79C2308 ✓ | ✓ | ✓ | 8/23/83 D | Pldg.#30 |
| B-25 | Jewel Valladares, et al. v. American Airlines, Inc., et al. | N.D.Ill Flaum | 79C2309 ✓ | ex O & O | → 6/23/80 D | Pldg.#30 |
| B-26 | John J. DiPietro v. McDonnell Douglas Corp., et al. | N.D.Ill Flaum | 79C2486 ✓ | | → 8/14/80 D | Pldg.#30 |
| B-27 | ✓ Rita Swift et al. v. McDonnell Douglas Corp., et al. | C.Cal. Bryne | CV79-2166 | RELISTED C-51 | | | Pldg#30 |
| B-28 | ✓ Greta I. Russell et al. v. McDonnell Douglas Corp., et al. | C.Cal. Bryne | CV79-2098 | RELISTED-C-49 | | | Pldg.#30 |
| B-29 | Elenore Ann Sheffield et al. v. McDonnell Douglas Corp., et al. | C.D.Cal. MDL | CV79-0429 | RELISTED C-54 | | | |
| B-30 | Shutao H. Lin, etc. v. McDonnell Douglas Corp., et al. | S.D.N.Y. Sweet | 79 Civ. 3195 | 8/3/79 | 79C4183 | 10/27/88 D | Pldg.#32 |

DO NOT COUNT = RELISTED C-51
DO NOT COUNT = RELISTED-C-49
DO NOT COUNT = RELISTED C-54

5P/3D

DOCKET NO. 391 '--   IN RE AIR CRASH DISASTER NEAR CHICAGO, ILL., ON MAY 25, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-31 | Laura Lux, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill Will/Robson | 79 CV2487 | | | 8/28/84 D | |
| XYZ-32 | Marie Blake, etc. v. McDonnell Douglas Corp., et al. | N.D. Ill Will/Robson | 79C2518 | | | 12/29/82 D | |
| XYZ-33 | Donald Schade, etc. v. McDonnell Douglas Corp., et al. | N.D. Ill Will/Robson | 79C2551 | | | 10/10/79 D | |
| XYZ-34 | Donald Schade, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill Will/Robson | 79C2552 | | | 10/10/79 D | |
| XYZ-35 | Donald Schade, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill Will/Robson | 79C2553 | | | 10/10/79 D | |
| XYZ-36 | Donald Schade, etc. v. McDonnell Douglas Corp., et al. | N.D. Ill. Will/Robson | 79C2554 | | | 12/29/82 D | |
| XYZ-37 | First Bank and Trust Company of South Bend, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill Will/Robson | 79C2573 | | | 12/29/82 D | |
| XYZ-38 | Henry Bennett, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill Will/Robson | 79C2730 | | | 12/29/82 D | |
| XYZ-39 | Ann Marie Green, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill Will/Robson | 79C2758 | | ✓ | 5/24/84 | |
| XYZ-40 | Charles A. Davis, Jr., etc. v. McDonnell Douglas Corp., et al. | N.D.Ill Will/Robson | 79C2770 | | | 12/29/82 D | ⓒ |
| XYZ-41 | Kathleen DeYoung, et al. v. McDonnell Douglas Corp., et al. | N.D.Ill Will/Robson | 79C2790 | No pet | | reassigned | |

9 D 2 P ✓

JPML FORM 1 -- Continuation

Listing of Involved Actions -- p. 5

DOCKET NO. 391   --   IN RE AIR CRASH DISASTER NEAR CHICAGO, ILLINOIS ON MAY 25, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-42 | American National Bank and Trust Company of Chicago, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill Robson/Will | 79C2822✓ | | | 7/9/82 D | |
| XYZ-43 | First Wisconsin National Bank, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill Will/Robson | 79C2823 | | | 5/7/81 D | |
| ✓ C-44 | Nancy S. Dick, etc. v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal Byrne | CV79-2424-WMB | 8/31/79 | 79C4035 | 12/10/82 R | |
| ✓ C-45 | Mirtala Bentov v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal Byrne | CV79-2425-WMB | 8/31/79 | 79C4036 | 9/22/81 R | |
| C-46 | Santiago Perez-Benabe, et al. v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal Byrne | CV79-2468-WMB | 8/31/79 | 79C4037 | 10/23/81 D | |
| C-47 | Marc Laurens Schots, etc. v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal Byrne | CV79-2746-WMB | 8/31/79 | 79C4024 | 5/7/81 D | |
| C-48 | Abdul Aziz Al Swailem, et al. v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal Byrne | CV79-2860-WMB | 8/31/79 | 79C4027 | 2/11/82 D | |
| C-49 | Grete L. Russell, et al., etc. v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal Byrne | CV79-2099-WMB | 8/31/79 | | D | |
| C-50 | Sharon T. Vaughan, etc. v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal Byrne | CV79-2123-WMB | 8/31/79 | 79C4040 | 9/3/81 R | |
| C-51 | Rita P. Swift, etc. v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal Byrne | CV79-2166-WMB | 8/31/79 | 79C4039 | 9/3/81 R | |
| C-52 | Connie G. DiCredico, et al. v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal Byrne | CV79-2189=WMB | 8/31/79 | 79C4038 | 12/28/81 R | |

O

JBML FORM 1 -- Continuation ⊕

DOCKET NO. 391 -- In re Air Crash Disaster Near Chicago, Illinois, on May 25, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-53 | June Stone, et al. v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal Byrne | CV79-2365-WMB | 8/31/79 | 79 C 403 | 5/24/84 D | |
| C-54 | Gary R. Ohm, etc v. McDonnell Douglas Corp AUG 15 1979 | C.D.Cal Byrne | CV79-2393-WMB | 9/4/79 | 79 C 462 | 5/18/82 R | |
| C-55 | Valentino Falcone, Jr., et al. v. American Airlines, Inc. et al. AUG 15 1979 | C.D.Cal Byrne | CV79-2464-WMB | 8/31/79 | 79 C 403 | 1/5/82 R | 10/5/79 |
| C-56 | Willie Tims, et al. v. McDonnell Douglas Corp., et al. OPPOSED AUG 15 1979 | C.D.Cal Byrne | CV79-2565-WMB | VACA | | | | |
| C-57 | Cheryl L. Begley v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal Byrne | CV79-2585-WMB | 8/31/79 | 79 C 402 | 5/24/84 D | |
| C-58 | Elenore Ann Sheffield, et al. v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal Byrne | CV79-2291-WMB | 8/31/79 | 79 C 403 | 5/4/82 D | |
| C-59 | Rothell Manning v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal Byrne | CV79-2586-WMB | 8/31/79 | 79 C 403 | 11/28/79 D | |
| C-60 | Shirley Joan Corrigan, et al. v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal Byrne | CV79-2627-WMB | 8/31/79 | 79 C 403 | 12/28/81 R | |
| C-61 | Gregory A. Riddle, etc. v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal Byrne | CV79-2637-WMB | 8/31/79 | 79 C 402 | 9/3/81 R | |
| C-62 | Carolyn Walker, et al. v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal Byrne | CV79-2701-WMB | 8/31/79 | 79 C 402 | 5/24/84 D | |
| C-63 | George Edward Barich Jr. v. McDonnell Douglas Corp., et/al. OPPOSED AUG 15 1979 | C.D.Cal Byrne | CV79-2755-WMB | VACATO | | | 10/5/79 |

3P/4R/5D

DOCKET NO. 391 -- In re Air Crash Disaster Near Chicago, Illinois on May 25, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-64 | James Richard Tramell, et al. v. American Airlines, et al. AUG 15 1979 | E.D.Cal. Wilkins | 79-503 | 8/31/79 | 79 C 3970 | 4/18/80 D | |
| C-65 | Jane Shatkin, etc. v. McDonnell Douglas Corp., et al. AUG 15 1979 | N.Y.,S. Pollack | 79 Civ 3436 | 8/31/79 | 79C 4005 | 12/28/81 D | |
| C-66 | Margaret B. Sharpe, etc. v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal. Byrne | CV79-2846-WMB | 8/31/79 | 79 C 4028 | 9/3/81 R | |
| C-67 | Bruce R. Entner, et al. v. McDonnell Douglas Corp., et al. OPPOSED AUG 27 1979 AUG 15 1979 | C.D.Cal. Byrne | CV79-2870-WMB | | | | 10/5/79 |
| C-68 | Robert M. Atkinson, et al. v. McDonnell Douglas Corp., et al. AUG 15 1979 | C.D.Cal. Byrne | CV79-2904-WMB | 8/31/79 | 79 C 4026 | 6/24/81 D | |
| XYZ-69 | Judith Harlin, et al. v. McDonnell Douglas Corp., et al. | N.D.Ill Robson Will | 79C3340 ✓ | | | 1/4/84 D | |
| XYZ-70 | Mary Loretta Ganschow, et al. v. American Airlines, et al. | N.D.Ill Robson Will | 79C3341 ✓ | | | 10/1/81 D | |
| XYZ-71 | Sharon Fink, adm. v. McDonnell Douglas Corp., et al. | N.D.Ill | 79C3154 ✓ | reassigned | 7/28/84 | |
| XYZ-72 | Peter C. Adduci, et al. v. McDonnell Douglas Corp., et al. | N.D.Ill | 79C3201 ✓ | reassigned | | |
| XYZ-73 | Diane Mary DiMiceli, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill | 79C3231 ✓ | | | 4/27/81 D | |
| XYZ-74 | Diane Irene Kamhi, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill | 79C3232 ✓ | | | 4/27/81 D | |
| XYZ-75 | American Natl. Bank & Trust Co. of Chicago, v. McDonnell Douglas Corp., et al. | N.D. Ill | 79C3277 ✓ | | | 7/28/83 D  4P/6D/1C | |

DOCKET NO. 391 -- In re Air Crash Disaster Near Chicago, Illinois on May 25, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-76 | Catherine Gayle Goldsmith, et al. v. American Airlines, et al. 8/29/79 | C.D.Cal Lydick | 79-2756-LTL (Px) | 9/14/79 | 79 C 4384 | 12/28/81 | R |
| C-77 | Nancy Turner, etc. v. Douglas Aircraft Co., et al. 8/29/79 – OPPOSED SEP 12 1979 | C.D.Cal Byrne | 79-2864-RMB | VACATE d – 10/5/79 | | | |
| XYZ-78 | Robert E. Thomas v. McDonnell Douglas Corp., et al. | N.D.Ill | 79C3339 ✓ | | | reassigned | |
| XYZ-79 | Gregory Peck, etc. v. McDonnell Douglas Corp. | N.D.Ill | 79C3358 ✓ | | | 5/7/81 D | |
| XYZ-80 | Carol Antonelli, etc. (Shirley) v. McDonnell Douglas corp., et al. | N.D.Ill | 79C3436 ✓ | | reassigned | | |
| ✓ C-81 | Carolyn Joan Dittmer, etc. v. McDonnell Douglas Corporation, et al. 9/14/79 | C.D.Cal Pfaelzer | CV79-3176-MRP | 10/2/79 | 79-4379 | 1/5/83 | R |
| C-82 | Takako Hawkins, etc., et al. v. McDonnell Douglas Corporation, et al. 9/14/79 | C.D.Cal Lucas | CV79-3198-MML | 10/3/79 | 79 C 4380 | 12/28/81 | R |
| C-83 | Dries Rothfusz, et al. v. McDonnell Douglas Corporation, et al. 9/14/79 | C.D.Cal Takasugi | CV79-3338-RMT | 10/2/79 | 79 C 4282 | 7/29/82 | D |
| C-84 | Donna Gonzalez v. American Airlines, et al. 9/14/79 | C.D.Cal Gray | CV79-3354-WPG | 10/2/79 | 79 C 4383 | 9/3/81 | R |
| C-85 | Diane Merrick v. McDonnell Douglas Corporation, et al. 9/14/79 OPPOSED SEP 21 1979 | C.D.Cal Firth | CV79-3355-F | transfer | vacated | 3/?/80 | |
| C-86 | Frederick D. Stacks, etc. v. M McDonnell Douglas Corporation, et al. 9/14/79 | E.D.Mich Churchill | 973007 | 10/2/79 | 79 C 4527 | 9/3/81 | R |

3 P / 1 D / 5 R

JPML FORM 1 -- Continuation ⊕

DOCKET NO. 391 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-87 | Mary A. Higginbotham, et al. v. McDonnell Douglas Corp., et al. OCT - 5 1979 | C.D.Cal Byrne | CV79-3545-WMB | 10/23/79 | 79C4873 | 5/24/84 D | |
| C-88 | Paula S. Muller, et al. v. American Airlines, Inc., et al. OCT - 5 1979 | C.D.Cal Byrne | CV79-3576-WMB | 10/23/79 | 79C4874 | 2/3/82 D | |
| C-89 | Donald R. Lyon, et al. v. McDonnell Douglas Corp. OCT - 5 1979 | S.D.N.Y. Pollack | 79 Civ 3522 | 10/23/79 | 79C4875 | 12/28/81 D | |
| C-90 | Sandra Kay Simmons v. McDonnell Douglas Corporation, et al. 10/22/79 | C.D.Cal. Kelleher | 79-3797-RJK (Kx) | 11/7/79 | 80C158 | 5/24/84 D | |
| C-91 | Patricia L. Rogers, et al. v. McDonnell Douglas Corp., et al. 10/22/79 | C.D.Cal. Waters | 79-3702-LEW (Mx) | 11/7/79 | 80C157 | 12/28/81 R | |
| C-92 | Nioma R. Frasco, et al. v. McDonnell Douglas Corp., et al. 10/22/79 | C.D.Cal. Takasugi | 79-3703-RMT (Sx) | 11/7/79 | 80C159 | 5/24/84 D | |
| C-93 | Lore Eloise Stone, et al. v. McDonnell Douglas Corp., et al. 10/22/79 OPPOSED OCT 29 1979 | C.D.Cal. Waters (vacated) | 79-3050-LEW (Gx) | | | | Vacated 11/26/79 |
| XYZ-94 | Lloyds Bank of California, etc. v. American Airlines, Inc., et al. | N.D.Ill Will/Robson | 79-4148 | | | 6/28/84 D | |
| XYZ-95 | Lloyds Bank of California, etc. v. American Airlines, Inc., et al. | N.D.Ill Will/Robson | 79-4147 | | | 6/28/84 D | |
| XYZ-96 m | Carol Winger, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill Will/Robson | 79-3607 | | | dismissed | |
| XYZ-97 | Doris C. Udovich, etc. v. McDonnell Douglas Corp., et al. | N.D. Ill Will/Robson | 79-3725 | | | 9/10/79 D | |
| XYZ-98 | American National B&T Co. of Chicago etc. v. McDonnell Douglas Corp., et al. | N.D.Ill Will/Robson | 79-3832 | | | 7/29/82 D | |

8P/2D11 R

DOCKET NO. 391  -- Air Disaster, Chicago, Ill., May 25, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-99 | Jacob J. Fink, etc. v. McDonnell Douglas Corp. | N.D.Ill Will/Robson | 79-3866 ✓ | ▄▄▄ | | 3/11/80 D | |
| XYZ-100 | John Bielski, et al. v. McDonnell Douglas Corp., et al. | N.D.Ill Will/Robson | 79-4252 ✓ | ▄▄▄ | | 5/24/84 D | |
| C-101 | Pedro Rios Jimenez, et al. v. American Airlines, Inc., et al. *opposed* ~~Nov 21 1979~~ | D. P.R. | 79-2277 | ~~12/11/79~~ MAR 1 3 1980 | 80C1646 | 8/27/82 R | |
| C-102 | Joseph P. Malacynski, etc., et al. v. McDonnell Douglas Corp., et al. NOV 21 1979 | S.D.N.Y. Conner | 79 Civ 5500 | 9/ 12/7/79 | 80 C 335 | 12/28/81 D | |
| C-103 | Edith F. Goldensohn, et al. v. American Airlines, Inc., et al. NOV 30 1979 | C.D.Ca. Hauk | 79-04284 AAH (Px) | 12/18/79 | 80C338 | 7/31/80 D | |
| XYZ-104 | Richard J. Moruzi, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill Will/Robson | 79C4805 | | | 9/20/84 | |
| XYZ-105 | Gayle V. Gallagher, etc. v. McDonnell Douglas Corp., et al. | NX N.D.Ill Will/Robson | 79C4888 | | *reassigned* ⑨ | | |

4P / 3D / R 3D

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-106 | Donna Conner v. McDonnell Douglas Corp., et al. 12/27/79 | C.D.Cal. Lucas | 79-4559-MML | 1/14/80 | 80C1335 | 12/3/82 D | |
| C-107 | Dorothy A. Bryson, etc. v. McDonnell Douglas Corp., et al. 12/27/79 | C.D.Cal. Kelleher | 79-4686-RLK | 1/14/80 | 80C1339 | 8/27/82 R | |
| C-108 | Marques Manning, etc. v. McDonnell Douglas Corp., et al. 12/27/79 | C.D.Cal. Waters | 79-4633-LEW | 1/14/80 | dismiss case 12/4/79 | | |
| C-109 | Michael David Simmons, et al., etc. v. American Airlines, et al. 12/27/79 | C.D.Cal Hill | 79-4417-IH | 1/14/80 | 80C1340 | 9/3/81 R | |
| C-110 | Mrs. Abi Karsa, et al. v. McDonnell Douglas Corp. 12/27/79 VACATED | C.D.Cal. Byrne vacated | 79-4398-WMB | | | | CTO VACATED 1/8/80 |
| C-111 | Avon Bean v. American Airlines, Inc., et al. 12/27/79 | D. Haw. King | 79-0539 | 1/14/80 | 80C1165 | 9/3/81 R | |
| C-112 | Karen E. Platt, etc. v. McDonnell Douglas Corp., et al. 12/27/79 | E.D.Mich Feikens | 974433 | 1/14/80 | 80C578 | 9/3/81 R | |
| C-113 | Clona Bohanan, et al. v. McDonnell Douglas Corp., et al. 2/19/80 | C.D.Cal. Real | 80-00066 | MAR 6 1980 | 80C1338 | 10/12/82 R | |
| C-114 | Catherine H. Glass, et al. v. Americ. Airlines, Inc., et al. 2/19/80 | C.D.Cal. Lucas | 80-0168-MML | MAR 6 1980 | 80C1336 | 1/5/83 R | |
| C-115 | Rosemary Braine, et al. v. American Airlines, Inc., et al. 2/19/80 | C.D.Cal. Byrne | 80-0167-WMB | MAR 6 1980 | 80C1337 | 9/3/81 R | |
| C-116 | Andrew Vetor, etc. v. McDonnell Douglas Corp., et al. 3/19/80 | E.D.Mich. Newblatt | 8070079 | MAR 6 1980 | 80C1341 | 9/3/81 R | |
| C-117 | Shutao H. Lin, etc. v. McDonnell Douglas Corp., et al. 2/19/80 | S.D.N.Y. MacMahon | 80 Civ 0174 | MAR 6 1980 | 80C2698 | 12/28/81 D | |

3P/2D/6R

Case MDL No. 391 Document 1 Filed 05/19/15 Page 42 of 60

DOCKET NO. 391 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-118 | David Krupp, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill | 79-4471 | | | 6/21/83 D | |
| XYZ-119 | Martin Malek, etc. v. McDonnell Douglas Corp., et al. | N.D. Ill | 79-4806 | | reassigned | | |
| XYZ-120 | William P. Sutter, etc. v. McDonnell Douglas Corp., et al. | N.D. Ill | 79-4179 | | | 8/8/83 D | |
| C-121 | Janice Arlene Dillard, et al. v. McDonnell Douglas Corp., et al. | C.D.Cal. Byrne | 79-4387-WMB | | | | Vacated 5/8/80 |
| XYZ-122 | Edith May, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill | 79C4977 | | | 7/29/82 D | |
| C-123 | Christopher T. Coughlin v. American Airlines Inc., et al.  MAR 4 1980 | E.D.Cal. Waters | 80-454-LEW (Kx) | MAR 2 0 1980 | 80-1807 | 1/5/82 R | |
| C-124 | Virginia Mitchell, etc. v. McDonnell Douglas Corp., et al.  MAR 2 6 1980 | C.D.Cal Hatter | CV80-781-TJH | 4/11/80 | 80-2368 | 9/3/81 R | |
| C-125 | Lynne S. Files, etc., et al. v. American Airlines, Inc., et al.  MAR 2 6 1980 | E.D.Cal Wilkins | CivS-80-160-PCW | 4/11/80 | 80-2370 | 3/26/81 D 6/24/81 D | |
| C-126 | Marilyn Yvonne Pillivant, etc. v. McDonnell Douglas Corp., et al.  MAR 2 6 1980 | E.D. Mich Boyle | 8070422 | 4/11/80 | 80-2158 | | |
| C-127 | Joseph P. Malacynski, etc. v. McDonnell Douglas Corporation, et al | S.D.N.Y. Brieant | 80 CIV-1133 | 4-17-80 | 80C7623 | 10/27/82 D R | |

3R/4D/2R

DOCKET NO. 391 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-128 | William C. McAtee, etc. v. McDonnell Douglas Corp., et al. 4/1/80 | C.D.Cal. Tackasugi | 79-4880-RMT | 4-17-80 | 80-2367 | 10/12/82 R | |
| C-129 | National Union Fire Insurance Co. v. McDonnell Douglas Corp., et al. 4/7/80 | C.D.Cal. Williams | 80-325-DWW | 4-23-80 | 80-2366 | 9/3/81 R | |
| C-130 | Beth A. Coughlin, et al. v. American Airlines, Inc., et al. 4/7/80 | C.D.Cal. Tackasugi | 80-5797-RMT | 4-23-80 | 80-2368 | 1/5/82 R | |
| C-131 | Carol Frasier, etc. v. American Airlines, Inc., et al. 4/17/80 | C.D.Cal. Hill | 80-1318-IH | MAY - 5 1980 | 80-2517 | 8/28/81 D | |
| C-132 | Alison M. Adams, Administrator, etc. v. McDonnell Dougalas Corporation et al., MAY 8 1980 | C.D.CAL. Kelleher | 80 01614 | MAY 27 1980 | 80-3096 | 6/24/82 D | |
| C-133 | Michael Miyagawa, et al. v. American Airlines, Inc., et al. MAY 8 1980 | D. Hawaii King | 80-0203 | MAY 27 1980 | 80-3058 | 9/3/81 R | |
| C-124 | Stephen J. Driscoll, et al. v. McDonnell-Douglas Corp., et al. OPPOSED MAY 27 1980 5/16/80 | N.D.Cal. Peckham | C-80-0879-RFP | vacated CTO vacated 6/20/80 | | | |
| C-135 | Ryan Goetz, et al. v. American Airlines, Inc., et al. 5/16/80 | C.D.Cal. Waters | 80-1767-LEW (Px) JUN 3 1980 | | 80-3376 | 1/28/ R | |
| C-136 | Frances D. Hollenbeck, et al. v. McDonnell Douglas Corp., et al. 5/16/80 | C.D.Cal Bryant | 80-1904-WMB (Px) JUN 5 1980 | | 80-3325 | 12/10/82 R 5/27/8 | CTO vacate |
| C-137 | Isabel Griego, et al. v. American Airlines, et al. 5/19/80 OPPOSED JUN - 2 1980 | C.D.Cal. Hill | 80-1626-IH | | | | |
| C-138 | John G. O'Rourke, et al. v. McDonnell Douglas Corp., et al. 5/30/80 | E.D.Cal. Crocker | CV-F-80-118-MDC | 6/17/80 | 80-3379 | 7/29/82 D | |

4P/21D/4R

JBML FORM 1 -- Continuation ⊛                           Listing of Involved Actions -- p. 14

DOCKET NO. 391 -- IN re Crash Disaster Near Chicago, Illinois, on May 25, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-139 | Mary Trautman, etc. v. McDonnell Douglas Corp., et al. 6/16/80 | C.D.Cal Whelan | 80-02148FW | JUL 2 1980 | 80 C 3899 | 6/28/84 D | |
| C-140 | Vincent J. Ragucci, etc. v. McDonnell Douglas Corp., et al. 6/16/80 | C.D.Cal. Williams | 80-02128DWW | JUL 2 1980 | 80 C 3900 | 9/30/82 D | |
| C-141 | Frances O. Dzwonkowski v. McDonnell Douglas Corp., et al. 6/16/80 | C.D.Cal. Tackasugi | 80-02127RMT | 2 1980 | 80 C 3901 | 12/7/81 D | |
| C-142 | Judith A. Blouin, et al. v. McDonnell Douglas Corp., et al 6/16/80 | C.D.Cal. Hatter | 80-02171TJH | 2 1980 | 80 C 3902 | 5/18/82 R | |
| C-143 | Lois Hoover, et al. v. McDonnell Douglas Corp., et al. 6/16/80 | C.D.Cal. Pfaelzer | 80-02195MRP | 2 1980 | 80 C 3903 | 12/28/81 R | |
| C-144 | Suzanne E. Clark, etc. v. American Airlines, Inc., et al. 6/16/80 | C.D. Cal. Hatter | 80-02184 TJH | JUL 2 1980 | 80 C 390 | 5/24/84 D | |
| C-145 | Nico Charisse, etc. v. McDonnell Douglas Corp., et al. 6/16/80 | C.D.Cal. Gray | 80-02202WPG | JUL 2 1980 | 80 C 3905 | 2/29/82 D | |
| C-146 | Alexander Crucioli, etc. v. American Airlines, Inc, et al. 6/16/80 | C.D.Cal. Hatter | 80-02191TJH | | 80 C 3906 | 6/14/82 R | |
| C-147 | Joseph L. Gonzalez, Jr., et al. v. McDonnell Douglas Corp., et al. 6/16/80 | C.D.Cal. Hatter | 80-02158TJH | | 80 C 3907 | 5/28/85 D | |
| C-148 | Max Wilner, et al. v. American Airlines, et al. 6/16/80 | C.D.Cal. Pfaelzer | 80-02206MRP | JUL 2 1980 | 80 C 3908 | 6/16/82 D | |
| C-149 | Cathleen Bower, etc. v. McDonnell Douglas Corp., et al. 6/16/80 | C.D.Cal. Real | 80-02067 | JUL 2 1980 | 80 C 3909 | 5/7/81 D | |
| C-150 | Janet M. Mosk, et al. v. American Airlines, et al. 6/16/80 | C.D.Cal. Lydick | 80-02204 | JUL 2 1980 | 80 C 3910 | 10/8/82 D | |

3

8P/2 D 12R

DOCKET NO. _____ --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-151 | Stromme, Edwin A., etc. v. McDonnell Douglas Corp., et al. | N.D.Ill | 79C3236 | | | 7/24/83 D | |
| XYZ-152 | Merikay Spicuzza, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill | 79C3357 | | | 3/25/81 D | |
| XYZ-153 | David Krupp, etc. v. McDonnell Douglas Corp., et al. | N.D.Ill | 79C4470 | | ✓ | 6/21/83 D | |
| XYZ-154 | Bernard Jaworowski v. McDonnell Douglas Corp., et al. | N.D.Ill | 79C5005 | | | 8/1/81 D | |
| XYZ-155 | Betty H. Hill v. McDonnell Douglas Corp., et al. | N.D.Ill | 80C305 | | ✓ reassigned | | |
| XYZ-156 | Margaret Schrader v. American Air., et al. | N.D.Ill | 80C2325 | | | 11/15/83 D | |
| XYZ-157 | Sandra Leigh Cannon v. McDonnell Douglas Corp. | N.D.Ill | 80C2500 | | ✓ reassigned | | |
| XYZ-158 | Marleen Campbell v. McDonnell Douglas Corp., et al. | N.D.Ill | 80C2507 | | ✓ | 9/19/83 D | |
| C-159 | Alberta Keeney, et al. v. McDonnell Douglas Corp., et al. 6/26/80 | C.D.Cal Real | CV80-2222-R | JUL 1 4 1980 | 80-4-305 ✓ | 5/24/84 D | |
| C-160 | Lumbermens Mutual Insurance Co. v. McDonnell Douglas Corp., et al JUL 1 7 1980 | C.D.Cal. Waters | CV80-1469-LEW (Mx) | 8/4/80 | | 9/3/81 R | |
| C-161 | Arthur Fish, et al. v. American Airlines, Inc., et al. 7/24/80 | Whelan | | 8/14/80 | | | |

5P/4D/1R ✓

DOCKET NO. 391 -- In re Air Crash Disaster near Chicago, Illinois on May 25, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-162 | National Union Fire Insurance Co. v. McDonnell Douglas Corp., et al. AUG 1 4 1980 | C.D.Cal. Hatter | 80-01468 | SEP 2 1980 | 80CS183 | 5/18/82 R | |
| C-163 | American Motorists Insurance Co. v. McDonnell Douglas Corp., et al. AUG 1 4 1980 | C.D.Cal. Hatter | 80-02179 | SEP 2 1980 | 80CS182 | 1/5/82 R | |
| C-164 | Continental Casualty Co. v. McDonnell Douglas Corp., et al. 8/22/80 | C.D.Cal. Hauk | 80-00996-AAH | SEP - 8 1980 | 80CS18 | 5/18/82 R | |
| C-165 | Manuel E. Cohen, etc. v. McDonnell Douglas Corp., et al. 9/2/80 | D. Mass Skinner | 80-1197-S | Denied Transfer Denied 12/30/80 | | | |
| C-166 | Margaret Whyland, etc., et al. v. American Airlines, Inc., et al. 9/5/80 | N.D.N.Y. Foley | 80 CV 664 | 9/23/80 | 80CS602 | 7-9-81 D | |
| C-167 | Margaret Whyland, etc., et al. v. American Airlines, Inc., et al. 9/5/80 | N.D.N.Y. Foley | 80 CV 663 | 9/23/80 | 80CS603 | 7-9-81 D | |
| C-168 | Kendell E. Novelli, et al. v. McDonnell Douglas Corp., et al. 9/5/80 | C.D.Cal Hatter | CV79-3928-TJH | 9/23/80 | 80CS454 | 5/24/84 D | |
| C-169 | Cyrus Miller, Adv. v. McDonnell Douglas Aircraft Co., et al. | E.D.Mich. Cook | 80-73927 | 2/5/80 | 81C0039 | 12/20/81 R | |
| C-170 | Edwin Y. H. Chinn, etc. v. American Airlines, Inc., et al. 12/5/80 | D. Hawaii King | 80-583 | 12/22/80 | 81C1276 | 5/22/83 R | |
| C-171 | Barbara Jean Yamashiro, etc. v. American Airlines, Inc., et al. 2/3/81 | D. Hawaii King | 80-650 | 2/19/81 | 81-CS844 | 5/4/83 R | |

3P/2D/4R

JBML FORM 1 -- Continuation

Listing of Involved Actions -- p. 17

DOCKET NO. 391 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-172 | Fred J. Castronovo, etc. v. American Airlines, Inc., et al. 5/26/81 | N.D.N.Y. Munson | 81-CV-341 | 6/11/81 | 81C3581 | 3/18/83 R | |
| C-173 | Hyman Krell, et al. v. American Airlines, Inc., et al. 6/30/81 | D.Hawaii | 81-0173 | 7/16/81 | 81C4495 | √7/14/83 R | (C-147) |
| C-174 | Saralee King, et. al. v. American Airlines, Inc., et al. 10/28/81 | N.D.N.Y. Munson | 81-CV-612 | " | 81 C6800 | 3-28-83 D | |
| | July, 1982 - 93 +R /6 / XYZ /41 Dis /34 Rem / 85 Pdg | | | | | 6/28/84 D | |
| XYZ-175 | Eaton v. McDonnell Douglas Corp., et al. | N.D.Ill | 80C2856 | | ✓ | reassigned | |
| XYZ-176 | Vickery v. McDonnell Douglas Corp., et al. | N.D.Ill | 80C3923 2923 | | | reassigned | |
| XYZ-177 | Clark v. McDonnell Douglas Corp., et al. | N.D.Ill | 80C3041 | | | reassigned | |
| XYZ-178 | Ferntheil v. McDonnell Douglas Corp., et al. | N.D.Ill | 80C4348 | | | reassigned | |
| XYZ-179 | Van Daele v. American Airlines, et al | N.D.Ill | 81C2874 | | | | |
| xyz-180 | Haider v. American Airlines, et al. | N.D.Ill | 81C3572 | | | 4/14/83 D | |
| XYZ-181 | Hart v. Americsn Airlines, et al. | N.D.Ill | 81C3573 | | | dismissed | |
| XYZ-182 | Jones v. American Airlines, et al. | N.D.Ill | 81 C3574 | | | reassigned | |
| XYZ-183 | Sutter v. American Airlines, et al. | N.D.Ill | k81C3578 | | | 8/8/83 D | |
| | July 1983 - XYZ / W Dis /10 Rem / 55 Pdg | | | | | | July 1985 - 0 Dis, 20 Reassigned 1 Pdg / July 1986 - Litigation closed |
| XYZ-184 | Joseph L. Gonzalez, Jr., et al. v. McDonnell Douglas, et al. | N.D. Ill | 80C3907 | | | 5/24/84 D / 31 | |
| | July 1984 - 1 XYZ /21 Dis / 3 Rem / 30 Pdg | | | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 391 -- IN RE AIR CRASH DISASTER NEAR CHICAGO, ILLINOIS
ON MAY 25, 1979

LIAISON COUNSEL FOR PLAINTIFFS
Kevin M. Forde, Esquire
111 West Washington Street
Suite 2025
Chicago, Illinois  60602
(312) 726-5015

MCDONNELL DOUGLAS CORP.
James M. FitzSimons, Esquire
Mendes & Mount
Three Park Avenue
New York, New York  10016

GENERAL ELECTRIC CORP.
Michael J. Merlo, Esquire
Pretzel, Stouffer, Nolan & Rooney
Suite 1700
2 N. LaSalle Street
Chicago, Illinois  60602

AMERICAN AIRLINES, INC.
Gregory A. Long, Esquire
Overton, Lyman & Prince
550 S. Flower Street
Los Angeles, Calif. 90071

REXNORD, INC.
ROCKFORD AEROSPACE PRODUCTS, INC.
Wallace W. Maloney, Esquire
Lord, Bissell & Brook       tel. reguy +
115 South LaSalle Street removal ...
Chicago, Illinois  60603  as depd.

GENERAL DYNAMICS
Peter Brotzen, Esq.
606 S. Olive Street
22nd Floor
Los Angeles, Calif.  90014

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. __391__ -- _____

---

**MOTIONS TO REMAND**

JANE S. SHATKIN (C-65)
DONALD R. LYON (C-89)
JOSEPH P. MALACYNSKI, ETC., ETAL. (C-102)
SHUTAO H. LIN, ETC. (C-117)
Lester J. Kravitz, Esq.
F. Lee Bailey, Esq.
350 Fifth Avenue
New York, New York 10001

MARGARET B. SHARPE (C-66)
Richard T. Kirtland, Esq.
Kirtland, Darby & Hager
251 S. Lake Ave.
Suite 601
Pasadena, Calif. 91101

DONNA GONZALEZ (C-84)
Theodore Field, Esq.
Carlo Ferrérri, Esq.
17042 Devonshire Street, Suite 208
Northridge, California 91325

---

MOTION TO REMAND
ROSEMARY BRAINE, ET AL. (C-115)
William Bitting, Esq.
Neil Martin, Esq.
Hill, Farrer & Burrill
34th Floor
445 S. Figueroa Street
Los Angeles, CA 90071

MICHAEL DAVID SIMMONS, ET AL. (C-109)
William C. Price, Esq.
Pray, Price, Williams & Russell
Suite 810 Fidelity Plaza
555 E. Ocean Boulevard
Long Beach, CA 90802

MANUEL E. COHEN, ETC. (C-165)
John A. Nadas, Esquire
Choate, Hall & Stewart
60 State Street
Boston, Mass. 02109

Local
MCDONNELL DOUGLAS CORP. (C-165) Counsel
Garrett J. Fitzpatrick, Esq.
Mendes & Mount
3 Park Ave.
New York, New York 10016

Local
AMERICAN AIRLINES (C-165 Counsel
John F. Nee, Esquire
Law Office of J. Albert Johnson
8 Whittler Place
Boston, Mass. 02114

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. 391 .-- IN RE AIR CRASH DISASTER NEAR CHICAGO, ILLINOIS ON MAY 25, 1979

VIRGINIA MITCHELL, ETC. (C-124)
W. R. Drayton, Jr., Esquire
626 Wilshire Blvd., Ste 804
Los Angeles, Calif. 90017

LYNNE S. FILES, ETC., ET AL. (C-125)
Harry E. Hull, Jr., Esquire
McDonough, Holland & Allen
555 Capitol Mall, Ste. 950
Sacramento, Calif. 95814

MARILYN YVONNE PILLIVANT, ETC. (C-126)
Denis R. Leduc, Esquire
Glime, Daoust, Wilds, Rusing &
  Widlak
25 North Gratiot Avenue
Mt. Clemens, Mich. 48043

JOSEPH P. MALACYNSKI, ETC. (C-127)
F. Lee Bailey, Esquire
Aaron J. Broder
350 Fifth Avenue
New York, New York 10001

WILLIAM C. MCATEE, ETC. (C-128)
John Lang, Esquire
22055 Clarendon St., Ste 201
Woodland Hills, Ca. 91364

NATIONAL UNION FIRE INSURANCE CO.
  (C-129)
Patricia Wiesner, Esquire
Zonni, Ginocchio & Taylor
1200 North Main Street, Suite 404
Santa Ana, California 92702

BETH A. COUGHLIN, ET AL. (C-130)
Joseph E. Stalder, Esq.
3465 W. Torrance Blvd.
Torrance, California 90503

CAROL FRASIER (C-131)
Lawrence J. Galardi, Esquire
1901 Avenue of the Stars
Los Angeles, California 90067

TRU-BOR MANUFACTURING CO.
Richard A. Murphy, Esq.
Murphy, Thornton, Hinerfeld & Cahill
611 W. Sixth Street, Ste. 1610
Los Angeles, Calif. 90017

ALISON M. ADAMS, ETC. (C-132)
Daniel J. Krindle, Esq.
10880 Wilshire Boulevard
  Suite 1900
Los Angeles, California 90024

Dale S. Gribow, Esq.
9777 Wilshire Blvd.
Suite 918
Beverly Hills, California 90212

MICHAEL MIYAGAWA, et al. (C-133)
Jeffrey S. Portnoy
Cades Schutte Fleming & Wright
1000 Bishop Street
Honolulu, Hawaii 96813

STEPHEN J. DRISCOLL, et al. (C-134)
Gerald Sterns, Esq.
490 Pacific Ave.
San Francisco, California 94133

Everett Shapiro, Esq.
1208 4th St.
Santa Rosa, California 95404

FRANCES D. HOLLENBECK, ET AL. (C-136)
Robert J. Dremann, Esq.
234-1/2 Commercial Street
Nevada City, California 95959

RYAN GOETZ, ET AL. (C-135)
W. Mike McCray, Esq.
Suite 404 Newport Arches Marina
3333 W. Coast Highway
Newport Beach, California 92660

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

JOHN BRIZENDINE (Deft. C-134)
Edwin W. Green, Esq.
Bronson, Bronson & McKinnon
555 California St.
San Francisco, CA 94104

RHER INDUSTRIES, INC. (Deft. C-134)
Robert C. Packard, Esq.
Kirtland & Packard
626 Wilshire Blvd.
Los Angeles, Cal.  90017

TRUBOR, INC.
TRU-BOR MANUFACTURING CO. (Deft. C-134)
Richard A. Murphy, Esquire
Murphy, Thornton, Hinerfeld
  & Cahill
611 W. Sixth St., Ste. 1610
Los Angeles, Calif.  90017

DOUGLAS AIRCRAFT CORP.
(Corp. no longer in existence.)

ISABEL GRIEGO, ET AL. (C-137)
Charles R. Weldon, Esquire
12749 Norwalk Blvd.
Norwalk, Calif.  90650

JOHN G. O'ROURKE (C-138)
Mr. John G. O'Rourke
Ms. Joan T. O'Rourke
2145 North Douty Street
Post Office Box 266
Hanford, California  93232

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 391  --  In re Air Crash Disaster Near Chicago, Illinois

on May 25, 1979

---

Mary Trautmann, et al. (C-139)
Nathan Goldberg, Esq.
UCB Bank Bldg., Suite 1404
6380 Wilshire Blvd.
Los Angeles, California  90048

Vincent J. Ragucci, Jr., etc. (C-140)
Wm. Marshall Morgan, Esq.
1545 Wilshire Blvd., Suite 800
Los Angeles, California  90017

Frances O. Dzwonkowski (C-141)
Wm. Marshall Morgan, Esq.
1545 Wilshire Blvd., Suite 800
Los Angeles, California  90017

Judith A. Blouin, et al. (C-142)
  Dorothy D. Driscoll, Esq.
  One Pleasant Street
  Malden, Mass.   02148

Lois Hoover, et al. (C-143)
Richard B. Goethals, Jr., Esq.
650 California Street, 30th Floor
San Francisco, California  94108

Suzanne E. Clark, etc. (C-144)
John E. Sweeney, Esq.
800 W. First Street
Plaza Level
Los Angeles, California  90012

Nico Charisse, etc. (C-145)
Nico Charisse, Esq.
8th Floor, Century Park Center
9911 W. Pico Blvd.
Los Angeles, California  90035

Alexander Crucioli, etc. (C-146)
Michael T. Kenney, Esq.
1615 No. Broadway
Santa Ana, California 92701

Joseph L. Gonzalez, Jr., et al. (C-147)
Robert E. McNulty, Esq.
Suite 440 Union Bank Tower
Del Amo Financial Center
21515 Hawthorne Boulevard
Torrance, California  90503

Max Willner, et al. (C-148)
Lawrence Grassini, Esq.
11313 Weddington St.
No. Hollywood, California  91601

Cathleen Bower, etc. (C-149)
Anthony F. Dragonette, Esq.
Design Plaza
270 Newport Center Drive
Newport Beach, California 92660

Janet M. Mosk, et al. (C-150)
Maurice H. Green, Esq.
Suite 4000
4000 MacArthur Boulevard
Newport Beach, California  92660

ALBERTA KEENEY, ET AL. (C-159)
Harold A. Abeles, Esq.
315 S. Beverly Drive, Suite 300
Beverly Hills, Calif.  90212

C-160
Lumbermens Mutual Insurance Co. (C-160)
Patricia Wiesner, Esquire
Zonni, Ginocchio & Taylor
1200 North Main St., Suite 404
Santa Ana, California  92702

ARTHUR FISH, ET AL. (C-161)
Michael J. Murtaugh, Esq.
611 Civic Center Drive
Suite 302
Santa Ana, California  92701

)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

NATIONAL UNION FIRE INSURANCE CO. (C-162)
AMERICAN MOTORISTS INSURANCE CO. (C-163)
Patricia Wiesner, Esquire
Zonni, Ginocchio & Taylor
1200 North Main Street, Suite 404
Santa Ana, California  92702

JPML Form 2

**COUNSEL OF RECORD**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. 391 -- In re Air Crash Disaster near Chicago, Illinois on
May 25, 1979

---

CONTINENTAL CASUALTY CO. (C-164)
Patricia Wiesner, Esquire
Zonni, Ginocchio & Taylor
1200 North Main Street
Suite 404
Santa Ana, California  92702


MANUEL E. COHEN, ETC. (C-165)
Robert S. Frank, Esq.
Choate, Hall & Stewart
60 State Street
Boston, Mass.  02109

MCDONNELL DOUGLAS CORP. C-165 local
Alan G. Miller, Esquire        deft.
Morrison, Mahoney & Miller
55 Court St.
Boston, Mass.  02108

AMERICAN AIRLINES C-165 local deft.
John F. Mee, Esquire
Law Offices of J. Albert Johnson
8 Whittier Place
Boston, Mass.  02114


MARGARET WHYLAND, ETC., ET AL.
(C-166 & C-167)
Herzog, Nichols, Engstrom
  & Koplovitz
11 North Pearl Street
Albany, New York  12207


E. Stewart Jones, Esquire
28 Second St
Troy, New York  12180


KENDELL E. NOVELLI, ET AL. (C-168)
H. Bryan Card, Esquire
Cornelius P. Bahan, Inc.
1200 N. Main St., Ste. 916
Santa Ana, CA 92701


PATRICIA REILLY MOSS NOVELLI
LAUREL S. NOVELLI (Defts C-168)
Unable to determine address or
counsel.


CYRUS MILLER, ADM. (C-169)
Richard F. Schaden, Esquire
Schaden and Heldman
2900 East Jefferson Avenue
Suite A100
Detroit, Michigan  48207


AMERICAN AIRLINES, INC.
(Local Counsel)
John Heaphy, Esquire
Vandeveer, Garzia, Tonkin,
Kerr & Heaphy
3250 Guardian Bldg.
Detroit, Michigan 48226

JPML Form 2A -- Continuation

DOCKET NO. _____  -- _____

EDWIN Y. H. CHINN, ETC. (C-170)
Walter G. Chuck, Esquire
Renton L. K. Nip, Esquire
Suite 200, 1022 Bethel St.
Honolulu, Hawaii  96813

BARABAR JEAN YAMASHIRO, ETC. (C-171)
Richard H. Hirai, Esq.
1190 Grosvenor Center
733 Bishop St.
Honolulu, Hawaii  96813


FRED J. CASTRONOVO, ETC. (C-172)
Vincent A. DeIorio, Esquire
Marcus, DeIorio & Pearl
Two William Street
White Plains, New York  10601


HYMAN KRELL, ET AL. (C-173)
Walter G. Chuck, Esq.
1022 Bethel Street
Suite 200
Honolulu, Hawaii  96813

SARALEE KING, ET AL. (C-174)
Allen P. Werbalowsky, Esq.
129 Old Liverpool Road
Liverpool, New York 13088

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 391 -- In re Air Crash Disaster Near Chicago, Illinois, on

May 25, 1979

---

CRO's Filed

GARY R. OHM (C-54)
Michael Byrne, Esquire
3250 Wilshire Blvd.
Suite 603
Los Angeles, California  90010

WILLIAM C. McATEE, ETC. (C-128)
John Lang, Esquire
22055 Clarendon Street, Ste. 201
Woodland Hills, California  91364

FRANCES D. HOLLENBECK, ET AL. (C-136)
Robert J. Dremann, Esquire
234-1/2 Commercial Street
Nevada City, California  95959

JUDITH A. BLOUIN, ET AL. (C-142)
Dorothy D. Driscoll, Esquire
One Pleasant Street
Malden, Massachusetts  02148

NATIONAL UNION FIRE INSURANCE CO. (C-162)
CONTINENTAL CASUALTY CO. (C-164)
Patricia Wiesner, Esquire
Zonni, Ginocchio & Taylor
1200 North Main Street
Suite 404
Santa Ana, California  92702

CRO filed 5/27/82
ALEXANDER CRUCIOLI, ETC. (C-146)
Michael T. Kenney, Esq.
1615 North Broadway
Santa Ana, California  92701

CRO's FILED  8/82
PEDRO RIOS JIMINEZ, ET AL. (C-101)
Harvey B. Nachman, Esq.
P. O. Box 9949
Santurce, Puerto Rico  00908

DOROTHY A. BRYSON, ETC. (C-107)
William Morgan, Esquire
1545 Wilshire Blvd., Suite 800
Los Angeles, California  90017

CLONA BOHANAN, ET AL. (C-113)
Howard L. Firestone, Esquire
4614 Mirador Place
Tarzana, California  91356

Thomas L. Schlothauer, Esquire
Schlothauer & Ellison
11661 San Vicente Blvd., Suite 303
West Los Angeles, Calif.  90049

WILLIAM C. McATEE, ETC. (C-128)
John Lang, Esquire
22055 Clarendon Street, Suite 201
Woodland Hills, California  91364

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

CRO'S FILED

NANCY S. DICK, ETC. (C-44)
Lee S. Kreindler, Esquire
Kreindler & Kreindler
99 Park Avenue
New York, New York 10016

Wm. Marshall Morgan, Esquire
Morgan, Wenzel & McNicholas
1545 Wilshire Boulevard
Los Angeles, California 90017

FRANCES D. HOLLENBECK, ET AL. (C-136)
Robert J. Dremann, Esquire
234-1/2 Commercial Street
Nevada City, California 95959

FRED J. CASTRONOVO, ETC. (C-172)
Vincent A. DeIorio, Esquire
Marcus, DeIorio & Pearl
Two William Street
White Plains, New York 10601

EDWIN Y. H. CHINN, ETC. (C-170)
Walter G. Chuck, Esquire
Renton L. K. Nip, Esquire
Suite 200, 1022 Bethel Street
Honolulu, Hawaii 96813

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _391_ -- _AIR CRASH DISASTER NEAR CHICAGO, ILLINOIS ON MAY 25, 1979_

| Name of Party | Named as Party in Following Actions |
|---|---|
| MCDONNELL DOUGLAS CORP. | C-139, C-140, C-141, C-142, C-143, C-144, C-145, C-146, C-147, C-148, C-149, C-150, C-158, 160, 161, C-162, 163, 164, 171 |
| AMERICAN AIRLINES, INC. | C-139, C-140, C-141, C-143, C-143, C-144, C-145, C-146, C-147, C-148, C-149, C-150, C-159, 160, C-162, 163, 164, 171 |
| GENERAL ELECTRIC CO. | C-142, C-145, C-147, C-149, 20 R.M.R.2 153, C-159, C-162, 163 |
| ~~REXNORD, INC.~~ | |
| ROCKFORD AEROSPACE | C-56, C-85, C-93, C-121, C-128, C-134 |
| General Dynamics | C-56, C-134 |
| Gwen Large | C-57 |
| Gail Benson | C-57 |
| Carol Thurger | C-57 |
| Cleva Bohannon | C-59 |
| Marques Manning | C-59 |

p. ____

| | |
|---|---|
| Tanya Bohanan | C59 |
| Sherry Barish | C63 |
| Gregory Sheldon | C63 |
| Douglas Aircraft Co. (see McDonnell Douglas) | C-77, C-121, C-134 |
| Jim Box | C-121, C-134 |
| Rohr Indus | C-121, C-134   C-135 |
| Jeha Brigerdine | C-121, C-134 |
| Dale Warren | C-121 |
| Jeha W. Stillwell | C-121 |
| Federal Aviation Authority | C-123, C-180 |
| | |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 391 -- In re Air Crash Disaster Near Chicago, Illinois, on
                       May 25, 1979                        ( 9/4/80)

| Name of Party | Named as Party in Following Actions |
|---|---|
| McDonnell Douglas Corp. | C166, C167, C169 C170, C-172, 173 C-199 |
| General Electric Corp. | C166, C167, C169 |
| American Airlines, Inc. | C166, C167, C168 C170, C-172, 173, C-176 |
| ~~Rexnord, Inc.~~ | |
| Rockford Aerospace Products, Inc. | C168 |
| General Dynamics | |
| | |
| | |
| | |
| | |
| | |